HEATHER SMITH
CIRCUIT CLERK

IN THE CIRCUIT COURT OF CLEBURNE COUNTY, ARKANSAS 2023 JAN 19 PM 3:40
FOR THE SIXTEENTH JUDICIAL DISTRICT
AT HEBER SPRINGS

CLEBURNE COUNTY
HEBER SPRINGS, ARKANSAS

JERRY NICHOLS and
TERRI NICHOLS,

     Plaintiffs,

VS.                                        CASE NO: 12CV-23-5
                                           JURY DEMANDED

LIBERTY MUTUAL INSURANCE,

     Defendant.

---

### COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES

---

COME NOW the Plaintiffs, Jerry Nichols and his wife, Terri Nichols, by and through

their counsel of record, Ronald L. Harper and the law firm of Glankler Brown, PLLC, and bring

this action against Liberty Mutual Insurance to obtain declaratory relief, damages, and for other

relief, as defined below from the Defendant. Plaintiffs allege the following based upon personal

knowledge, investigation by counsel and, as to all other matters, upon information and belief.

### JURISDICTION AND VENUE

1.    This Court has subject matter jurisdiction over this action.

2.    The Court has personal jurisdiction over Defendant Liberty Mutual Insurance who

does business and or transacts business in the State of Arkansas.

3.    Venue is proper in this Court under Arkansas Code Annotated §16-60-101,

because Plaintiffs' property which is the subject of this matter is situated in Cleburne County,

Arkansas.

EXHIBIT

A

## PARTIES

4.      Plaintiffs Jerry Nichols and Terri Nichols (collectively, "Plaintiffs") are husband and wife and the owners of a residential property located at 416 Mockingbird Lane, Heber Springs, Arkansas 72543 (the "Subject Property").

5.      Defendant Liberty Mutual Insurance is a division of Liberty Mutual Group, which is the sixth largest property and casualty insurer in the United States. It ranks 71st on the Fortune 100 list of largest corporations in the United States based on 2020 revenue. At all times pertinent hereto, Defendant Liberty Mutual Insurance, a Massachusetts corporation, was licensed and authorized to do business in the State of Arkansas. They advertise themselves as providing homeowners and property coverage to individuals such as the Plaintiffs. At all times pertinent hereto, Plaintiffs had a policy of insurance with the Defendant for the Subject Property. The Defendant can be served through the Commissioner of Insurance of the State of Arkansas.

## STATEMENT OF FACTS

6.      This matter arises out of a claim for Plaintiffs' real and personal property damage caused by water damage on January 21, 2018, to the Subject Property.

7.      Prior to January 21, 2018, the Plaintiffs had a policy of insurance with the Defendant under policy number H35291707622407, with a policy period of August 22, 2017, through August 22, 2018. Attached hereto as EXHIBIT A is a copy of that policy.

8.      After the extensive water damage to the Subject Property on January 21, 2018, the Plaintiffs reported this loss to Defendant and claim number 036856723-0001 was assigned.

9.      At all times, the Defendant accepted Plaintiffs' claim as covered by the policy of insurance and made some initial and partial payments on that loss.

2

10.     Despite making these initial and partial payments, the Plaintiffs and Defendant knew that this claim was not completely resolved as the extent of damages was still being determined.

11.     The Plaintiffs retained Davidson Claims Consultant, LLC to inspect the Subject Property for damages related to the Loss.  As a result of this inspection, which was conducted on September 26, 2022, a report was generated.  This report includes details of the Plaintiffs' significant property damage, along with photographs of the same.  The report also included a Thermal Inspection Report further documenting the extent of Plaintiffs' property damage.  Attached hereto as EXHIBIT B is the estimate of damages.  Attached hereto as EXHIBIT C are the photographs of Plaintiffs' property damage   Attached hereto as EXHIBIT D is the Thermal Inspection Report.  All of the aforementioned exhibits have been provided to the Defendant.

12.     As the Plaintiffs discovered additional, covered damages to the Subject Property, they included these as a part of their claim number 036856723-0001.  However, the Defendant refused to consider these additional amounts, claiming they were barred by a one-year exclusion.

13.     The Plaintiffs' current policy term for policy number H35291707622407, which was from August 22, 2017, through August 22, 2018, provides that it supersedes all prior policies, and it clearly states that Plaintiffs' claims must be brought "within five years after the date of loss."

14.     The Plaintiffs brought to the attention of Defendant their additional damages well within the five-year time limitation.

15.     The Defendant has denied the full extent of Plaintiffs' property damages, maintaining that a one-year time limitation applied, despite the clear and unambiguous five-year

time limitation for the policy period which covers this loss.  It is the Defendant's denial of this claim which has necessitated the filing of this present action.

## CAUSES OF ACTION
### DECLARATORY RELIEF

16.     Plaintiffs re-allege and incorporate by reference the paragraphs above as if fully set forth herein.

17.     Plaintiffs seek this Court's ruling that the clear language of the insurance policy in question provides for a five-year time limitation, and not just one-year.  This five-year limitation is clearly stated in EXHIBIT A, under Section I – Conditions, paragraph 8.  Suits Against Us.  "No action can be brought against [the Defendant] unless there has been full compliance with all of the terms under Section 1 of this policy and the action is started <u>within five years after the date of loss.</u>  [Emphasis added].

18.     The Plaintiffs have fully complied with all relevant terms of this policy.  At no time has Defendant advised otherwise.  The Defendant is solely basing its denial on a one-year time limitation, which is contrary to the express language of the policy.

### BAD FAITH

19.     Plaintiffs re-allege and incorporate by reference the paragraphs above as if fully set forth herein.

20.     The Plaintiffs have sustained extensive damage to their real and personal property as the result of the water damage on January 21, 2018.  The policy of insurance provides

coverage for damages caused by water.  The Plaintiffs' claim has never been denied by Defendant.

21.    Defendant has acted in bad faith in its failure to resolve this claim.  Defendant has acted in bad faith to avoid liability for this claim.

22.    The Defendant's bad faith is the proximate cause of the Plaintiffs' damages.

23.    Defendant has violated the following sections of Arkansas Code Annotated §23-66-206(13):

a.    §23-66-206(13)(B)...failing to acknowledge and act reasonably and promptly upon communications with respect to claims arising under an insurance policy;

b.    §23-66-206(13)(D)...refusing to pay claims without conducting a reasonable investigation based upon all available information;

c.    §23-66-206(13)(E)...failing to affirm or deny coverage of claims within a reasonable time after proof of loss statements have been submitted;

d.    §23-66-206(13)(F)...not attempting in good faith to effectuate prompt, fair, and equitable settlements of claims in which liability has become reasonably clear;

e.    §23-66-206(13)(K)...compelling insureds to institute litigation to recover amounts due under an insurance policy by offering substantially less than the amounts ultimately recovered in actions brought by those insureds; and

f.    §23-66-206(13)(N)...failing to promptly settle claims, when liability has become reasonably clear, under one (1) portion of the insurance policy coverage in order to influence settlements under other portions of the insurance policy coverage.

24.    All of the aforementioned statutory violations constitute bad faith.

5

## BREACH OF CONTRACT

25.     Plaintiffs re-allege and incorporate by reference the paragraphs above as if fully set forth herein.

26.     Plaintiffs have a contract for insurance coverage with the Defendant.

27.     Plaintiffs have fully complied with all contractual conditions in the insurance policy.

28.     Defendant has breached the contract of insurance by their long-term failure to respond to Plaintiffs' demand for settlement of its claim under the insurance policy.

29.     Defendant has accepted the claim when they assigned to Plaintiffs a claim number.

30.     The Defendant's breach of the insurance contract has resulted in the Plaintiffs sustaining significant damages of $266,899.29.  *See* EXHIBIT B.

31.     Plaintiffs will continue to incur these damages which will increase the longer Defendant ignores this claim.

## DAMAGES

32.     Plaintiffs re-allege and incorporate by reference the paragraphs above as if fully set forth hereto.

33.     Plaintiffs have contractual damages arising out of their insurance policy with Defendant, in the amount of $266,899.29.  *See* EXHIBIT B.

34.     Due to Defendant's bad faith, the Plaintiffs also have damages arising in tort. Pursuant to Arkansas Code Annotated §23-79-208(a)(1), the Plaintiffs are entitled to recovery of 12% of the loss and its attorney's fees.

35.     Plaintiffs are entitled to recover statutory damages on the contract claim.

30.     Plaintiffs are entitled to compensatory and punitive damages on its tort claim.

## **PRAYER FOR RELIEF**

WHEREFORE, premises considered, Plaintiffs Terry Nichols and Jerri Nichols demand judgment against Defendant Liberty Mutual Insurance as follows:

1.     A declaration that the language of the Plaintiffs' insurance policy provides for a five-year time limitation and not just one year;

2.     Awarding damages sustained by Plaintiffs as a result of the Defendant's conduct, together with pre-judgment interest;

3.     Awarding the statutory 12% of the Plaintiffs' total loss;

4.     Awarding $266,899.29 to Plaintiffs for the property damages to their real and personal property;

5.     Awarding the Plaintiffs their attorney's fees and costs;

6.     Awarding punitive damages sustained by Plaintiffs as a result of the Defendant's conduct; and

7.     Awarding such other and further relief as the Court deems just and equitable.

Plaintiffs request a jury trial for any and all counts for which a trial by jury is permitted by law.

Respectfully submitted,

s/ Ronald L. Harper
Ronald L. Harper (BPR 2011-121)
Glankler Brown, PLLC
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
P: (901) 576-1771
F: (901) 525-2389
rharper@glankler.com

*Attorneys for Plaintiffs*

4860-9145-1463, v. 1

# EXHIBIT A

 **Questions about your Policy?**
Call 1-901-624-8227 or
1-866-495-8505

**Policy Number:**
H35-291-707622-40 7 3

**Report a Claim:**
1-800-2CLAIMS or
LibertyMutual.com/Claims

 **Liberty Mutual.** INSURANCE

 **ACTION REQUIRED:**
PLEASE REVIEW AND KEEP FOR YOUR RECORDS.

*Policy*

## Policy Declarations
## Total 12 Month Premium: $1,734.00

Reason for your new declarations page: Inquiry
**Effective date of this change: 08/22/2017**

Your discounts and benefits have been applied. Includes state sales tax and local surcharge where applicable.

### Insurance Information

| | | | |
|---|---|---|---|
| Named Insured: | Jerry Nichols<br>Terri Nichols | Policy Number: | H35-291-707622-40 7 3 |
| Mailing Address: | 5205 Scrivener Dr<br>Memphis TN 38134-2914 | Policy Period: | 08/22/2017-08/22/2018 12:01 a.m.<br>standard time at the address of the<br>Named Insured at Insured Location. |
| Insured Location: | 416 Mockingbird Ln<br>Heber Springs AR 72543-7960 | Declarations Effective: | 08/22/2017 |

---

**DISCOUNTS AND BENEFITS SECTION**

Your discounts and benefits have been applied to your total policy premium.

- Inflation Protection Discount
- Recent Home Buyer Discount
- Multi Policy Discount - Auto
- Electronic Funds Transfer Discount
- Protective Device Discounts:
  Smoke/Heat Alarm-All Floors, Extinguishers
  and Dead Bolt Locks
  Complete Local Fire Alarm
  Complete Local Burglar Alarm

- Early Shopper Discount
- New Roof Discount
- Multi Policy Discount - Personal Liability
- Paperless Policy Discount

 **Want to Add a Coverage?**
Call 1-901-624-8227 or
1-866-495-8505 to talk to your
agent about the availability of
this coverage and whether it
meets your needs.

**Policy Number:**
H35-291-707622-40 7 3

**Report a Claim:**
1-800-2CLAIMS or
LibertyMutual.com/Claims



## Coverage Information

**Standard Policy with HomeProtector Plus ™**

| SECTION I COVERAGES | | LIMITS | PREMIUM |
|---|---|---|---|
| A. Dwelling with Excess Dwelling Coverage | $ | 190,000 | |
| B. Other Structures on Insured Location | $ | 19,000 | |
| C. Personal Property with Replacement Cost | $ | 142,500 | |
| D. Loss of Use of Insured Location | Actual Loss Sustained | | |

| SECTION II COVERAGES | | LIMITS | PREMIUM |
|---|---|---|---|
| E. Personal Liability (each occurrence) | $ | 300,000 | |
| F. Medical Payments to Others (each person) | $ | 5,000 | |

**POLICY DEDUCTIBLES**

Losses covered under Section I are subject to a deductible of 1%: $1,900

| | | |
|---|---|---|
| **Total Standard Policy with HomeProtector Plus ™** | $ | 1,722 |

| ADDITIONAL COVERAGES | DEDUCTIBLE | LIMITS | PREMIUM |
|---|---|---|---|
| Credit Card, Fund Transfer Card, Forgery | $ | 1,000 $ | 0 |
| Coverage E & F increased limit | | $ | 12 |
| **Total Additional Coverages** | | $ | 12 |

**Total 12 Month Policy Premium: $1,734.00**

**Additional Coverages and Products Available\***

We've reviewed your policy and have identified additional optional coverages and products that can add valuable protection. Talk to your agent about purchasing the following coverages and products and whether they meet your needs.

- **Home Computer and Smartphone:** If your smartphone or other devices are not insured, repairing or replacing them can be expensive. Did you know you can insure multiple devices for up to $10,000 with a deductible of $50.00?

- **Identity Fraud Expense:** A stolen identity can be scary and expensive. We'll provide counseling, and pay up to $30,000 for expenses such as lost wages and attorney fees incurred to recover your identity.

 **Want to Add a Coverage?**
Call 1-901-624-8227 or
1-866-495-8505 to talk to your
agent about the availability of
this coverage and whether it
meets your needs.

**Policy Number:**
H35-291-707622-40 7 3

**Report a Claim:**
1-800-2CLAIMS or
LibertyMutual.com/Claims



**Additional Coverages and Products Available\*** *(continued)*

- **Water Backup and Sump Pump Overflow:** Water damage can ruin your possessions. If your sump pump fails, or you suffer water damage from a sewer or drain backup, we'll pay for covered home and personal property losses.

\*These optional coverages are subject to policy provisions, limitations, and exclusions. Daily limits or a deductible may apply. For a complete explanation, please consult your agent today.

**Policy Forms and Endorsements:** The following forms and endorsements are applicable to your policy

| | |
|---|---|
| LibertyGuard® Deluxe Homeowner Policy (HO 00 03 04 91) | Home Protector Plus (FMHO-2023) |
| Credit Card, Fund Transfer Card, Forgery (HO 04 53 04 91) | Protective Devices (HO 04 16 04 91) |
| Amendmt Pol Definitions (FMHO-2934 7/04) | Amendatory Mold End (FMHO 3370 1112) |
| Special Provisions - Arkansas (FMHO6100AR 0316) | Inflation Protection (FMHO-2835) |
| Amendmt Pol Conditions (FMHO-3072 2/07) | No Secll/Limit I-Daycare (HO 04 96 04 91) |
| Seepage Exclusion Endorsement (FMHO 3391 1112) | Fuel Storage Exclusion (FMHO-1097 1/97) |
| Lead Poisoning Exclusion (FMHO-976 05/92) | |

**Important Messages**

**Flood Insurance:** Your Homeowners policy does not provide coverage for damage caused by flood, even if the flood is caused by a storm surge. Liberty Mutual can help you obtain this coverage through the Federal Emergency Management Agency (FEMA) if your community participates in the National Flood Insurance Program. Please call your representative for more information.

**Notice Regarding Fire Protection:** Did you know that the firefighting ability of your Fire Department helps lower your insurance rates? It's true! The better your firefighters are equipped and trained, the better their access to water for fighting fires, the length of time it takes for them to arrive at a fire, are a few of the many factors that have an impact on your property insurance rates. Help your firefighters help you! They need your support, financial, and otherwise. Adequate funding is important to improving the protection that may translate to lower premiums!

LibertyGuard® Deluxe Homeowners Policy Declarations provided and underwritten by LM Insurance Corporation (a stock insurance company), Boston, MA.

David H. Long
President

Mark C. Touhey
Secretary

This policy, including endorsements listed above,
is countersigned by:

Hamid Mirza
Authorized Representative





# LibertyGuard Deluxe Homeowners Policy

Please read your policy and each endorsement carefully.

**To serve you best...**

Liberty Mutual has over 350 service offices throughout the United States and Canada. Please contact your service office shown on your Declarations Page to report losses, or for any changes or questions about your insurance. Payments should be sent to the office indicated on your bill.

*[handwritten notes:]*
*page 3 Fair Rental Value*
*page 6 ? NO settling of property*
*page 8 e*
*9 - 80% BS*
*10: NO suit if in a year*

## THIS POLICY IS NON ASSESSABLE

FMHO 943 (ED. 11-96)                    Liberty Mutual Group



## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SPECIAL PROVISIONS – ARKANSAS

### DEFINITIONS

Item 2. "Business" is deleted and replaced by the following:

2. "Business" includes:

    a. A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

    b. Any other activity engaged in for money or other compensation, except the following:

        (1) One or more activities, not described in (2) or (3) below, for which no "insured" receives more than $3,000 in total compensation for the 12 months before the beginning of the policy period.

        (2) Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity; or

        (3) A "short term rental".

Under 4. "Insured location" item e. is deleted and replaced by the following:

    e. Vacant land, including that which is vacant except for a fence, owned by or rented to an "insured" other than farmland;

The following definition is added:

    "Short term rental" means one or more rentals, in whole or in part, of the "residence premises" for up to a combined total of 31 days during the policy period.

### SECTION I - PROPERTY COVERAGES

### COVERAGE A – Dwelling

In all forms other than HO 00 04 and HO 00 06, item 1. is amended as follows:

We cover:

1. The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling, and attached wall-to-wall carpeting;

### COVERAGE B – Other Structures

In all forms other than HO 00 04 and HO 00 06, item 2. is deleted and replaced by the following:

2. Rented to any person not a tenant of the dwelling, unless used solely as a private garage.

### COVERAGE C - Personal Property

The following is added under items 1. and 2.:

    However, we will not cover personal property owned by tenants or guests if the tenants or guests have compensated the "insured" for use of the "residence premises".

### Special Limits of Liability

For form HO 00 03, the introductory paragraph of **Special Limits of Liability** is amended to read:

**Special Limits of Liability.** These do not increase the Coverage C limit of liability. The special limit for each numbered category below is the total limit for each loss for all property in that category. If personal property can reasonably be considered a part of two or more of the groups listed below, the lowest limit will apply.

Items 10. and 11. are deleted and replaced by the following (These are Items 7. and 8. In Form HO 00 08):





10. $1,000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power.

Electronic apparatus includes:

a. Accessories or antennas; or

b. Tapes, wires, records, discs or other media;

for use with any electronic apparatus described in this item **10.**

11. $1,000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:

a. Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;

b. Is away from the "residence premises"; and

c. Is used at any time or in any manner for any "business" purpose.

Electronic apparatus includes:

a. Accessories and antennas; or

b. Tapes, wires, records, discs or other media;

for use with any electronic apparatus described in this item **11.**

For form HO 00 03, the following limits are added:

12. $5000 on electronic data processing system equipment and the recording or storage media or accessories used with that equipment.

13. $5000 on any one article and $10000 in the aggregate for loss by theft of any rug, carpet (excluding attached wall-to-wall carpet), tapestry, wall-hanging or other similar article.

14. $2500 in the aggregate for loss of any of the following whether or not they are part of a collection: trading cards, comic books, figurines, stamps, advertising materials, stuffed animals, dolls, sports and entertainment memorabilia, toys, games, militaria, and books.

15. $1200 for any one electrical appliance for loss by sudden and accidental damage from artificially generated electrical currents. This special limit does not apply to electronic data processing equipment or storage media.

**Property Not Covered**

Item **3.** is deleted and replaced by the following:

3. Motor vehicles or all other motorized land conveyances. This includes:

a. Their equipment and accessories; or

b. Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:

(1) Accessories or antennas; or

(2) Tapes, wires, records, discs or other media;

for use with any electronic apparatus described in this item **3.b.**

The exclusion of property described in **3.a.** and **3.b.** above applies only while the property is in or upon the vehicle or conveyance.

We do cover vehicles or conveyances not subject to motor vehicle registration which are:



a. Used to service an "insured's" residence; or

b. Designed for assisting the handicapped;

Item 6. is deleted and replaced by the following:

6. Property in a location on the "residence premises", when the location is rented to others by an "insured.

This exclusion does not apply to property of an "insured":

a. located on the "residence premises" when the "residence premises" is rented in whole or in part as a "short term rental"; or

b. located in a sleeping room rented to others by an "insured" on the "residence premises".

For form HO 00 03, the following item is added as personal property items not covered:

10. Water or steam

**COVERAGE D – Loss of Use** is deleted and replaced by the following:

**COVERAGE D – Loss of Use**

The limit of liability for Coverage D is the total limit for all the coverages that follow.

1. If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover Additional Living Expense. Additional Living Expense means any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

   Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

2. If a loss covered under this Section makes that part of the "residence premises" rented to others by you not fit to live in, we cover your Loss of Rent. Loss of Rent means the rental income to you of that part of the "residence premises" rented to others at the time of loss, less any expenses that do not continue while the premises is not fit to live in.

   This coverage does not apply to:

   a. The "residence premises" or that part of the "insured location" that is not rented or leased at the time of the loss; or

   b. to any increase in rent or lease payment that occurs after the time of the loss.

   We will pay up to $5,000 to reimburse your Loss of Rent when a "short term rental" is cancelled because of a covered loss.

   Payment will be for the shortest time required to repair or replace that part of the premises rented.

3. If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against in this policy, we cover the Additional Living Expense and Loss of Rent as provided under 1. and 2. above for no more than two weeks.

The periods of time under 1., 2. and 3. above are not limited by expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement, other than a "short term rental" as provided under 2. above.

In the event Landlord Endorsement FMHO 6502 is part of this policy, the above coverages contained in Coverage D - Loss of Use are deleted and do not apply.

**ADDITIONAL COVERAGES**

Item 1. Debris Removal is deleted and replaced by the following:

1. **Debris Removal.** We will pay the reasonable expense you incur for the removal of:



a. Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

We will also pay the reasonable expense you incur, up to $500, for the removal from the "residence premises" of:

a. Your tree(s) felled by the peril of Windstorm or Hail;

b. Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

c. A neighbor's tree(s) felled by a Peril Insured Against under Coverage C;

provided the tree(s) damages a covered structure. The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

For form HO 00 03, item 7. Loss Assessment is deleted in its entirety.

For form HO 00 03, the following is added to Item 8. Collapse.

With respect to this Additional Coverage:

(1) Collapse means the sudden and entire falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied or used for its current intended purpose.

(2) A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

(3) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

(4) A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

Item 9. Glass or Safety Glazing Material is deleted and replaced by the following:

9. Glass or Safety Glazing Material

(1) For all forms other than HO 00 04 and HO 00 06, the breakage of glass or safety glazing material which is part of a covered building, storm door or storm window, and for:

(a) Form HO 00 04, the breakage of glass or safety glazing material which is part of a building, storm door or storm window, and covered as Building Additions and Alterations; and

(b) Form HO 00 06, the breakage of glass or safety glazing material which is part of a building, storm door or storm window, and covered under Coverage A; and

(2) For all forms other than HO 00 04 and HO 00 06, the breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a covered building, storm door or storm window, and for:

(a) Form HO 00 04, the breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a building, storm door or storm window, and covered as Building Additions and Alterations; and

(b) Form HO 00 06, the breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a building, storm door or storm window, and covered under Coverage A; and



b. This coverage does not include loss:

    (1) To covered property which results because the glass or safety glazing material has been broken, except as provided in a.(3) above; or

    (2) On the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss, except when the breakage results directly from Earth Movement as provided for in a.(2) above. A dwelling being constructed is not considered vacant.

Loss to glass covered under this ADDITIONAL COVERAGE 9. will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

For forms **HO 00 01** and **HO 00 08**, we will pay up to $100 for loss under this coverage.

This coverage does not increase the limit of liability that applies to the damaged property.

(This is Additional Coverage 8. in forms **HO 00 01** and **HO 00 08**.)

The following ADDITIONAL COVERAGE is added to all forms except **HO 00 08**. With respect to form **HO 00 04**, the words 'covered building' used below, refer to property covered under ADDITIONAL COVERAGE 10. Building Additions and Alterations.

For form **HO 00 03**, Item **10. Landlord's Furnishings.** is deleted in its entirety.

The following is added:

Item **11. Ordinance or Law**

a. You may use up to 10% of the limit of liability that applies to Coverage A (or for form **HO 00 04**, you may use up to 10% of the limit of liability that applies to Building Additions and Alterations) for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

    (1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

    (2) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

    (3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

b. You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in a. above.

c. We do not cover:

    (1) The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

    (2) The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

    Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.



## SECTION I - PERILS INSURED AGAINST

### COVERAGE A – DWELLING and COVERAGE B – OTHER STRUCTURES

For form HO 00 03, the following is added to item **2.b**

    (4) Footing(s)

For all forms other than HO 00 04 and HO 00 06, item 2.d. is deleted and replaced by the following:

  d.  Vandalism and malicious mischief, including fire caused by arson and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

For form HO 00 03, the following is added to item 2.e.:

    (9) Growth of trees, shrubs, plants or lawns whether or not such growth is above or below the surface of the ground;

For form HO 00 03, the final paragraph of Item 2. is further revised as follows:

    If any of these cause sudden and accidental water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

### ALL FORMS EXCEPT HO 00 03

The following paragraph is added to **12. Accidental discharge or overflow of water or steam:**

    Section I – Exclusion 3. Water Damage, Paragraphs a. and c. that apply to surface, water and water below the surface of the ground do not apply to loss by water covered under this peril.

### FORM HO 00 03

Under **Coverage A – Dwelling and Coverage B – Other Structures**, the last paragraph of 2.e. is deleted and replaced by the following:

    Unless the loss is otherwise excluded, we cover loss to property covered under Coverage A or B resulting from an accidental discharge or overflow of water or steam from within a:

    (1) Storm drain, or water, steam or sewer pipe, off the "residence premises"; or

    (2) Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". This includes the cost to tear out and replace any part of a building necessary to repair the system or appliance.

    We do not cover loss to the system or appliance from which this water escaped.

    Section I – Exclusion 1.c. Water Damage, Paragraphs (1) and (3) that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

### FORM HO 00 03

Under **Coverage C – Personal Property**, the following paragraph is added to **12. Accidental discharge or overflow of water or steam:**

    Section I – Exclusion 1.c. Water Damage, Paragraphs (1) and (3) that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

### SECTION I – EXCLUSIONS

The lead-in paragraph to the **Section I – Exclusions** is deleted and replaced by the following:



We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. The exclusions apply to whether or not the loss event results in widespread damage or affects a substantial area.

Item **1. Ordinance or Law** is deleted and replaced by the following:

1. **Ordinance or Law**, meaning any ordinance or law:

   a. Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion 1.a. in form **HO 00 03** and Exclusion 1. in **HO 00 03** and **HO 00 04** does not apply to the amount of coverage that may be provided for under ADDITIONAL COVERAGES, Glass or Safety Glazing Material or Ordinance or Law;

   b. The requirements of which result in a loss in value to property; or

   c. Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

   Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

   This exclusion applies whether or not the property has been physically damaged.

   (This is Exclusion 1.a in form **HO 00 03**.)

Item **2. Earth Movement** is deleted and replaced by the following:

2. **Earth Movement**, meaning movement of the earth, whether combined with water or not, in any direction, including but not limited to:

   a. Earthquake, including land shock waves or tremors before, during, or after a volcanic eruption;

   b. Landslide, mud slide, or mud flow;

   c. Subsidence or sinkhole; or

   d. Any other earth movement, including earth sinking, rising, shifting, expanding, contracting, or eroding;

   caused by or resulting from manmade, animal, or natural actions, events, or conditions.

   If direct loss by fire or explosion ensues, we will pay only for the ensuing loss.

   (This is Exclusion 1.b. in Form **HO 00 03**.)

Item **3.** is deleted and replaced by the following:

3. **Water Damage**, meaning:

   a. (1) Flood, surface water, waves, tidal water, tsunami, seiche, overflow of a body of water, storm surge or spray from any of these, whether or not driven by wind, including hurricane or similar storm; or

      (2) release of water held by a dam, levee, dike or by a water or flood control device or structure;

   b. Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

   c. Water which escapes or overflows from sewers or drains located off the "residence premises";

   d. Water which escapes or overflows from drains or related plumbing appliances on the "residence premises". However, this exclusion does not apply to overflow and escape caused by malfunction on the "residence premises", or obstruction on the residence premises, of a drain or plumbing appliance on the "residence premises"; or



   e. Water which escapes or overflows or discharges, for any reason, from within a sump pump, sump pump well or any other system designed to remove water which is drained from the foundation area.

Water includes any water borne materials.

This exclusion applies whether the water damage is caused by or resulting from human or animal forces or any act of nature.

Direct loss by fire, explosion or theft resulting from water damage is covered.

(This is exclusion 1.c. in Form **HO 00 03**.)

Item **4. Power Failure** is deleted and replaced by the following:

**4. Power Failure**, meaning the failure of power or other utility service if the failure takes place off the "residence premises." But if the failure of power or other utility service results in a loss, from a PERIL INSURED AGAINST on the "residence premises," we will pay for the loss or damage caused by that PERIL INSURED AGAINST.

   (This is exclusion 1.d. in form **HO 00 03**.)

For form **HO 00 03**, the following is added as item 2.d.

   d. Cosmetic Loss or Damage, meaning any loss that alters only the physical appearance of the metal roof covering but:

     (1) does not result in the penetration of water through the metal roof covering; or

     (2) does not result in the failure of the metal roof covering to perform its intended function of keeping out the elements over an extended period of time.

   Metal roof covering means the metal roofing material exposed to the weather; the underlayments applied for moisture protection; and all flashings required in the replacement of a metal roof covering.

   We do cover loss or damage by hail to roof coverings that allow the penetration of water through the roof covering or that results in the failure of the roof covering to perform its intended function of keeping out the elements over an extended period of time.

## SECTION I – CONDITIONS

**2. Your Duties After Loss**

Paragraph a. is deleted and replaced by the following:

   a. Give prompt notice to us or our agent. With respect to a loss caused by the peril of windstorm or hail, that notice must occur no later than 365 days after the date of loss.

**3. Loss Settlement**

Under Form **HO 00 06**, Item b.(2) is deleted and replaced by the following:

     (2) If the damage is not repaired or replaced within a reasonable time, at actual cash value but not more than the amount required to repair or replace.

The following paragraph is added and applies to this policy and to any Loss Settlement provision in any other endorsement applicable to this policy:

Loss Settlement does not include payment for any actual or perceived decrease in market or resale value resulting from loss to or repair of your covered property.

Item **6. Appraisal** is deleted and replaced by the following:

**6. Appraisal**

If you and we fail to agree on the amount of loss, an appraisal of the loss may take place. However, an appraisal will take place only if both you and we agree, voluntarily, to have the loss





appraised. If so agreed, each party will choose a competent and impartial appraiser within 20 days after both parties agree. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately state the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. An appraisal decision will not be binding on either party.

Each party will:

a. Pay its own appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

Item B. **Suit Against Us** is deleted and replaced by the following:

**B. Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within five years after the date of loss.

For forms HO 003 and HO 00 6, item **12. Mortgage Clause** is amended as follows:

The sentence "If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect", is deleted and replaced by the following:

If we decide to cancel this policy, the mortgagee will be notified:

a. At least 10 days before the date cancellation takes effect if:

    (1) We cancel for nonpayment of premium, or

    (2) The policy has been in effect for less than 60 days and is not a renewal with us;

b. At least 20 days before the date cancellation takes effect in all other cases.

If we decide not to renew this policy, the mortgagee will be notified at least 30 days before the date nonrenewal takes effect.

Item 17. **Loss Payable** is added:

If the Declarations shows a loss payee for certain listed insured personal property, the definition of "insured" is changed to include that loss payee with respect to that property.

If we decide to cancel this policy, that loss payee will be notified in writing.

If we decide to not to renew this policy, that loss payee will be notified in writing at least 30 days before the date nonrenewal takes effect.

**SECTION II – EXCLUSIONS**

Under **1. COVERAGE E – Personal Liability and COVERAGE F – Medical Payments to Others**

Item a. is deleted and replaced by the following:

a. Which is expected or intended by "insured", even if the resulting "bodily injury" or "property damage"

    (1) is of a different kind, quality, or degree than initially expected or intended; or

    (2) is sustained by a different person, entity, real or personal property, than initially expected or intended.

However, this exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

Item c. is deleted and replaced by the following:



c. Arising out of the rental or holding for rental of any part of any premises by an "insured." This exclusion does not apply to the rental or holding for rental of the "residence premises":

(1) As a "short term rental" for use only as a residence;

(2) In part, unless intended for use as a residence more than two roomers or boarders; or

(3) In part, as an office, school, studio or private garage;

Under **2.** Coverage E – Personal Liability, Item f. is deleted in all forms and Endorsement **HO 2473.**

## SECTION II – ADDITIONAL COVERAGES

For form **HO 00 03**, item 1.c. under **Claims Expenses** is amended as follows:

c. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit.

Under **3. Damage to Property to Others**, item d. is deleted and replaced by the following:

d. To property owned by or rented to a tenant of an "insured" or a resident in your household. This does not apply to "short term rentals"; or

For form **HO 00 03**, item **4. Loss Assessment** is deleted in its entirety.

## SECTIONS I AND II - CONDITIONS

**2.** Concealment or Fraud is deleted and replaced by the following:

**2.** Concealment or Fraud

a. Under Section I – Property Coverages, with respect to all "insureds" covered under this policy, we provide no coverage for loss under Section I – Property Coverages if, whether before or after a loss, one or more "insureds" have:

(1) Intentional concealed or misrepresented any material fact or circumstance;

(2) Engaged in fraudulent conduct; or

(3) Made false statements;

relating to this insurance.

b. Under Section II – Liability Coverages, we do not provide coverage to one or more "insureds" who, whether before or after a loss, have:

(1) Intentional concealed or misrepresented any material fact or circumstance;

(2) Engaged in fraudulent conduct; or

(3) Made false statements;

relating to this insurance.

**5. Cancellation**

Paragraphs b.(3) and b.(4) is deleted and replaced by the following:

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

(a) Upon discovery of fraud or material misrepresentation made by or with the knowledge of the named insured in obtaining or continuing the policy, or in presenting a claim under this policy;

(b) Upon the occurrence of a material change in the risk which substantially increases any hazard insured against after insurance coverage has been issued;

(c) If there is a violation of any local fire, health, safety, building or construction regulation



or ordinance with respect to any insured property which substantially increases any hazard insured against;

(d) For nonpayment of membership dues required by us as a condition of the issuance and maintenance of the policy; or

(e) In the event of a material violation of a material provision of this policy.

This can be done by letting you know at least 20 days before the date cancellation takes effect.

**(4)** When this policy is written for a period of more than one year, we may cancel for any reason(s) noted in b.(3) at anniversary by letting you know at least 20 days before the date cancellation takes effect.

**5. Subrogation**

The first paragraph is deleted and replaced by the following:

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us. However, we will be entitled to a recovery only after "an insured" has been fully compensate for the loss sustained.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to **Coverage F Medical Payments to Others** or **Coverage C Damage to Property of Others** under **Section II**.

All other provisions of this policy apply.



## INFLATION PROTECTION ENDORSEMENT

It is agreed that the limits of liability for:

Coverage A, Dwelling;

Coverage B, Structure;

Coverage C, Personal Property;

and Coverage D, Loss of Use,

shall be raised by the rate of increase in the latest available information on residential building cost inflation.

### METHOD

To find the limits of liability on a given date, the Index Level the Company assigns to that date will be divided by the Index Level for the effective date of this Endorsement. This Factor is then multiplied by the limit for Coverages A, B, C and D separately.

If during this policy's term the Coverage A limit is changed at the insured's request, the effective date of this Endorsement is amended to the effective date of such change.

This Endorsement shall not reduce the limits of liability to less than the amount shown on:

a.   The policy; or

b.   The most recent Homeowners Policy Renewal Declaration.

This Endorsement must be attached to Change Endorsement when issued after the policy is written.



# AMENDATORY MOLD, FUNGUS, WET ROT, DRY ROT, BACTERIA, OR VIRUS ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**DEFINITIONS**

The following definition is added to the DEFINITIONS section:

9.  **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** means any type or form of fungus, rot, virus or bacteria.  This includes mold, mildew and any mycotoxins  (meaning a toxin produced by a fungus), other microbes, spores, scents or byproducts  produced or released by mold, mildew, fungus, rot, bacteria, or viruses.

**SECTION I – PROPERTY COVERAGES**

**Additional Coverages**

The following Additional Coverage is added:

11. **Remediation of "Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus" Resulting Directly From Any Covered Loss**

We will pay, up to the Additional Coverage – Mold Limit of Liability shown below, for the "Remediation" of "Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus" resulting directly from any covered loss.

"Remediation" means the reasonable and necessary treatment, containment, decontamination, removal or disposal of "Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus" as required to complete the repair or replacement of property, covered under Section I of the policy, that is damaged by any covered peril insured against, and also consists of the following:

1.  The reasonable costs or expense to remove, repair, restore, and replace that property including the costs to tear out and replace any part of the building as needed to gain access to the "Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"; and

2.  the reasonable costs or expense for the testing or investigation necessary to detect, evaluate or measure "Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"; and

3.  any loss of fair rental value, or reasonable increase in additional living expenses, that is necessary to maintain your normal standard of living, if **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** resulting directly from any covered loss makes your residence premises uninhabitable.

We will pay no more than the Additional Coverage - Mold Limit of Liability shown below for the "Remediation" of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** resulting directly from any covered loss during the policy period, regardless of the number of locations under the policy to which this endorsement is attached, the number of persons whose property is damaged, the number of "insureds," or the number of losses or claims made.

If there is a covered loss or damage to covered property, not caused, in whole or in part, by **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus,"** loss payment will not be limited by the terms of this Additional Coverage, except to the extent that **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Additional Coverage.



**ADDITIONAL COVERAGE -- MOLD LIMIT OF LIABILITY**

**Mold Limit of Liability:**       **SECTION I**       **Aggregate Limit**       **$5,000**

This Additional Coverage does not increase the limits of liability under Section I of the policy as shown in the Declarations.

**SECTION I – EXCLUSIONS**

Exclusion 1.i. is added:

i. Except as provided by **Additional Coverage 11.**, loss consisting of or caused by **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** is excluded, even if resulting from a peril insured against under Section I. We do not cover **"Remediation"** of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus,"** even if resulting from a peril insured against under Section I, except as provided by **Additional Coverage 11.**

**SECTION II – EXCLUSIONS**

**Coverage E - Personal Liability and Coverage F - Medical Payments to Others**
Exclusion 1.m. is added:

m. Arising out of or aggravated by, in whole or in part by, **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus."**

This endorsement takes precedence over all other endorsements attached to your policy.



## AMENDMENT OF POLICY CONDITIONS -ARKANSAS

### THIS ENDORSEMENT CHANGES YOUR POLICY - PLEASE READ IT CAREFULLY

*THIS ENDORSEMENT SUPERSEDES ALL OTHER ENDORSEMENTS WHICH HAVE BEEN MADE PART OF YOUR POLICY AND REFERENCE THE SAME PROVISION*

It is agreed that SECTION I- CONDITIONS is amended as follows:

Under item **12.Mortgage Clause**, is replaced by the following:

**12. Mortgage Clause.**

The word "mortgagee" includes trustee.

If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

b. Pays any premium due under this policy on demand if you have neglected to pay the premium; and

c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 30 days before the date cancellation or nonrenewal takes effect.

If we pay the mortgagee for any loss and deny payment to you:

a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

All other terms and conditions of the policy remain unchanged.



## NO SECTION II - LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS
## LIMITED SECTION I - PROPERTY COVERAGES FOR HOME DAY CARE
## BUSINESS                                                    HO 04 96 04 91

If an "insured" regularly provides home day care services to a person or persons other than "insureds" and receives monetary or other compensation for such services, that enterprise is a "business." Mutual exchange of home day care services, however, is not considered compensation. The rendering of home day care services by an "insured" to a relative of an "insured" is not considered a "business."

Therefore, with respect to a home day care enterprise which is considered to be a "business," this policy:

1. Does not provide Section II - Liability Coverages because a "business" of an "insured" is excluded under exclusion 1.b. of Section II - Exclusions;

2. Does not provide Section I - Coverage B coverage where other structures are used in whole or in part for "business";

3. Limits coverage for property used on the "residence premises" for the home day care enterprise to $2,500, because Coverage C - Special Limits of Liability - item 8. imposes that limit on "business" property on the "residence premises." (Item 8. corresponds to item 5. in Form HO 00 08.);

4. Limits coverage for property used away from the "residence premises" for the home day care enterprise to $250, because Coverage C - Special Limits of Liability - item 9. imposes that limit on "business" property away from the "residence premises." Special Limit of Liability item 9. does not apply to adaptable electronic apparatus as described in Special Limit of Liability items 10. and 11. (Items 9., 10. and 11. correspond to items 6., 7. and 8. respectively in Form HO 00 08.)

THIS ENDORSEMENT DOES NOT CONSTITUTE A REDUCTION OF COVERAGE.

HO 04 96 04 91                    Copyright, Insurance Services Office, Inc., 1990



## SEEPAGE EXCLUSION ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**SECTION I – PERILS INSURED AGAINST**

**Coverage A – Dwelling and Coverage B – Other Structures**

**Paragraph 2.e.(9) is added:**

(9) Seepage, meaning a gradual, continuous, or repeated seepage or leakage of water, steam or fuel over a period of 14 days or more, resulting in damage to the structure, whether hidden or not.

**This endorsement takes precedence over all other endorsements attached to your policy.**



## UNDERGROUND FUEL STORAGE TANK EXCLUSION

The following provision is added to and made part of your Homeowners Policy:

**Section II - Exclusions**

**The Paragraph below is added:**

**Coverage E - Personal Liability and Coverage F - Medical Payments to Others do not apply to "bodily injury" or "property damage":**

arising out of the release of fuel or fuel products from an "underground storage tank system."

"Underground storage tank system" means the underground tank, the fill pipe, the vent pipes, and all associated fixtures, including pipe and tubing which contains or conveys fuel or fuel products from the underground storage tank to the point of combustion.

All other provisions of this policy apply.

FMHO 1097 (Ed. 1-97)                    Liberty Mutual Group                    Page 1 of 1


## LEAD POISONING EXCLUSION ENDORSEMENT

The following provisions are added to and made part of your Homeowners Policy:

Section I - Property Coverages do not apply to any costs or expenses incurred or loss arising out of:

1. the removal, testing for, monitoring, clean-up, abatement, treatment, or neutralization of lead; paint, putty or plaster containing lead; soil or earth containing lead; or any other substance or material containing lead, or;

2. any governmental direction or other request that you test for, monitor, clean-up, remove, abate, contain, treat or neutralize lead; paint, putty or plaster containing lead; soil or earth containing lead; or any other substance or material containing lead.

Coverage E - Personal Liability and Coverage F - Medical Payments to Others do not apply to bodily injury or property damage:

1. arising out of lead paint, plaster or putty containing lead; soil or earth containing lead or any other material or substance containing lead, or;

2. any costs or expenses incurred or loss arising out of any claim, governmental direction, or request that you test for, monitor, clean-up, remove, abate, contain, treat or neutralize lead; paint, putty or plaster containing lead; soil or earth containing lead; or any other substance or material containing lead.

This exclusion applies to any obligation to share damages, costs or expenses with someone else or to repay someone else who must pay damages, costs or expenses.

FMHO 976 (Ed. 5-92)                    LIBERTY MUTUAL GROUP                    Page 1 of 1



## Choose The Payment Option That Works For You

We are committed to making billing easy and hassle free. That is why we offer a selection of billing and payment options to choose from.

### PAYMENT OPTIONS

- **Electronic Funds Transfer (EFT).** Save time and money with our convenient EFT option. Once you enroll, your insurance payment will be withdrawn directly from your checking/savings account. A charge may be applied to each installment unless paid in full, although installment fees will be lower than for other payments options. As a convenience, we will make every attempt to issue any refunds due to your bank account from which the payment was received. Sign up by visiting LibertyMutual.com/register or if you already have an eService account, simply login.

- **Recurring Credit Card\*.** Save time with our recurring credit card option. Once you enroll, your insurance payment will be charged directly to your credit card. As a convenience, we will make every attempt to issue any refunds due to your credit card from which the payment was received. We accept all major credit cards including American Express, Visa, MasterCard and Discover. A charge will be applied to each installment unless paid in full. Sign up by visiting LibertyMutual.com/register or if you already have an eService account, simply login.

- **Online.** Pay your bill online with eService at LibertyMutual.com/register. Click to register, or if you already have an eService account, simply login. A charge may be applied to each installment unless paid in full.

- **Direct Bill.** Choose a billing frequency (i.e. Monthly, Quarterly, Pay in Full, Pay in Two and Bi-Monthly) that is right for you and receive paper bills by mail. A charge will be applied to each installment unless paid in full.

\*This option is available for most policy types.

### REFUNDS

In most states and in most situations, any refunds owed will automatically be refunded in the same method your last payment was received. For example, if the last payment you made was with a credit card, we will apply your refund back to your credit card. We will refund electronic check payments back to your checking account instead of mailing you a check. Electronic check payments include:

- Check payments processed online at LibertyMutual.com
- A Liberty Mutual Service Rep initiated one-time check or EFT payment

However, we will typically mail a refund check in the following situations:

- The refund amount is greater than the last single payment amount received
- Your bank rejects an electronic refund
- Your credit card company rejects an electronic refund

### FEES

- An installment charge may be applied to the outstanding account balance if there is a current installment amount due depending on the payment option chosen. You can avoid future installment charges by paying the Account Balance in full or you may save on future installment charges by enrolling in Electronic Funds Transfer (EFT) payment option.

- If we receive your payment after the due date, you may be charged a late fee of up to $15.00. Late payments may affect your future premiums, your coverage or continuation of your policy.

- A returned payment fee may be charged for any payment not accepted by your financial institution.

If you have any questions please contact us at 1-901-624-8227/ 1-866-495-8505 and a representative will be happy to assist you.

Thank you for insuring with Liberty Mutual. We appreciate your business.



## Arkansas Anti-Arson Notice

If your policy provides coverage for loss caused by fire, or you add it to your policy in the future, and a fire loss occurs, we are required by state law to furnish relevant information relating to the loss to any state or federal law enforcement or other agency which has responsibility for investigation of fires if:

- the agency requests the information, or
- after investigating the fire, we have reason to believe it was not of accidental origin.

If we provide information to a fire investigation agency, we will:

- notify you of that action within 30 days; and
- send you a copy of the report.

PMKT 1167 02/15                                                                Page 1 of 1


## Where To Turn For Help

If we at the Liberty Mutual Insurance Group fail to provide you with reasonable and adequate service, you should feel free to contact:

Arkansas Insurance Department Consumer Service Division
1200 West Third Street
Little Rock, Arkansas 72201-1904
Telephone: (501) 371-2600 or 1-800-852-5494

PMKT 1196 08 15                                                                Page 1 of 1



## Notice of Privacy Policy

Liberty Mutual* values you as a customer and takes your personal privacy seriously.  When you request a rate quotation, apply for insurance, request changes to your insurance policy or submit a claim, you disclose information about yourself or members of your family.  This notice tells you how we treat the information we collect about you.

### 1.  INFORMATION WE MAY COLLECT

We collect information about you from:

- Applications or other forms you complete, and information you provide to us over the telephone;
- Your business dealings with us and other companies;
- Your employer or association for Liberty Mutual Group products;
- Consumer reporting agencies, Motor Vehicle Departments, inspection services and medical providers; and
- Visits to our Liberty Mutual website.

### 2.  TYPES OF INFORMATION WE MAY DISCLOSE

We may disclose the following about you:

- Information from your application or other forms, such as your name, date of birth, address, social security number, vehicle and driver information;
- Information about your transactions with us, our affiliates or others, such as your insurance coverages, payment history, and certain claims information; and
- Information we receive from third parties, such as your motor vehicle records and claims history.

### 3.  TO WHOM INFORMATION MAY BE DISCLOSED

We do not disclose personal information about you to anyone unless allowed by law.  We are allowed by law to provide information to:

- A third party that performs services for us, such as claims investigations, medical examinations, inspections, and appraisals or for roadside assistance or the repair of your vehicle if you have a claim;
- Our affiliated companies and reinsurers;
- Insurance regulators and reporting agencies;
- Consumer reporting agencies to obtain loss history information, motor vehicle reports, or credit report information where permitted by law;
- State Motor Vehicle Departments to obtain a report of any accidents or convictions or to confirm your compliance with compulsory motor vehicle liability insurance laws;
- Law enforcement agencies or other government authorities to report suspected illegal activities;
- A person or organization conducting insurance actuarial, or research studies;
- Companies that provide marketing services on our behalf, or as part of a joint marketing agreement with banks, credit unions, and affinity partners, or providers of annuity and financial products and services offered through us to our customers; and
- As otherwise permitted by law.

### 4.  HOW WE PROTECT INFORMATION

We maintain physical, electronic, and procedural safeguards to protect your nonpublic personal information.  These safeguards comply with applicable laws.  We retain your information for as long as required by law or regulation.  The only employees or agents who have access to your information are those who must have it to provide products or services to you.  We do not sell your information to mass marketing or telemarketing companies.  Any information we share with third parties, such as those organizations which perform a service for us or market our products, is subject to appropriate confidentiality protections and may be used only for the purposes intended.

*This privacy notice is provided on behalf of the following Liberty Mutual companies and affiliates that provide personal automobile, homeowners, life insurance and annuities: Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, LM Insurance Corporation, The First Liberty Insurance Corporation, Liberty Insurance Company of America, Liberty Northwest Insurance Corporation, Liberty Life Assurance Company of Boston, Liberty County Mutual Insurance Company (Texas only), Liberty Lloyds of Texas Insurance Company, LM Property and Casualty Insurance Company, Liberty Mutual Personal Insurance Company, Liberty Personal Insurance Company, Liberty Mutual Mid-Atlantic Insurance Company, LM General Insurance Company, American States Preferred Insurance Company, Consolidated Insurance Company, Wausau General Insurance Company, Wausau Underwriters Insurance Company, Wausau Business Insurance Company and Montgomery Mutual Insurance Company.

# EXHIBIT B

 **Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

| | | | |
|---|---|---|---|
| Insured: | Jerry Nichols & Terri Nichols | Cellular: | (901) 574-8171 |
| Property: | 416 Mockingbird Lane | E-mail: | Relicdvr@aol.com |
| | Heber Springs, AR 72543-7960 | | |
| Home: | 25 Ash Cove | | |
| | Eads, TN 38028-6244 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Laytoya Tate | Business: | (469) 997-3250 |
| Estimator: | Zachary J. Davidson | Business: | (901) 661-2639 |
| Company: | Davidson Claims Consultants, LLC | E-mail: | zac@davidsonclaims.com |

**Claim Number:** 036856723-01      **Policy Number:** H3529170762240      **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 9/26/2022 4:00 PM | | |
| Date of Loss: | 1/21/2018 4:00 PM | Date Received: | 9/26/2022 4:00 PM |
| Date Inspected: | 9/26/2022 5:00 PM | Date Entered: | 9/26/2022 4:00 PM |

| | |
|---|---|
| Price List: | ARBA8X_OCT22 |
| | Restoration/Service/Remodel |
| Estimate: | JERRY_NICHOLS_&_TERR |

**Code information pertinent to this estimate.**

The state of Arkansas has adopted and enforces the 2012 International Building code for commercial properties and 2012 International Residential code for one and two-family dwellings.

**State Adoptions**

2012 International Building Code
2012 International Fire Code
2006 International Plumbing Code
2012 International Existing Building Code
2006 International Fuel Gas Code
2009 International Mechanical Code
2009 International Energy Conservation Code
2012 International Residential Code

Code website: https://www.iccsafe.org/about-icc/government-relations/map/arkansas/



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

### JERRY_NICHOLS_&_TERR

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Residential Supervision / Project Management - per hour | 300.00 HR | 58.51 | 0.00 | 3,510.60 | 21,063.60 | (0.00) | 21,063.60 |
| *5 hours/day, 60 days* | | | | | | | |
| 2. Additional driving charge - per mile | 400.00 EA | 0.63 | 0.00 | 50.40 | 302.40 | (0.00) | 302.40 |
| *Included for access to remote location.* | | | | | | | |
| 3. Fuel surcharge | 1.00 EA | 250.00 | 0.00 | 50.00 | 300.00 | (0.00) | 300.00 |
| 4. Scaffold - per section (per day) | 70.00 DA | 25.28 | 0.00 | 353.92 | 2,123.52 | (0.00) | 2,123.52 |
| *5 sections, 14 days* | | | | | | | |
| 5. Scaffolding Setup & Take down - per hour | 12.00 HR | 37.85 | 0.00 | 90.84 | 545.04 | (0.00) | 545.04 |
| 6. Boom truck and operator - 20 ton | 16.00 HR | 106.00 | 0.00 | 339.20 | 2,035.20 | (0.00) | 2,035.20 |
| *For heavy material handling on elevated exterior surfaces.* | | | | | | | |
| 7. Crane and operator - 14 ton capacity - 65' extension boom | 48.00 HR | 146.00 | 0.00 | 1,401.60 | 8,409.60 | (0.00) | 8,409.60 |
| *Required for stone fireplace demo/repairs.* | | | | | | | |
| 8. General Demolition - per hour | 48.00 HR | 44.61 | 0.00 | 428.26 | 2,569.54 | (0.00) | 2,569.54 |
| *4 laborers, 12 hours for daily securing of project site/clean-up throughout project.* | | | | | | | |
| 9. Dumpster load - per independent dumpster company | 1.00 EA | 887.50 | 0.00 | 177.50 | 1,065.00 | (0.00) | 1,065.00 |
| **Totals: General Conditions** | | | **0.00** | **6,402.32** | **38,413.90** | **0.00** | **38,413.90** |

#### Mechanical, Electrical, & Plumbing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ***Mechanical*** | | | | | | | |
| 10. R&R Ductwork - flexible - insulated - 10" round | 500.00 LF | 11.60 | 259.19 | 1,211.84 | 7,271.03 | (0.00) | 7,271.03 |
| ***Electrical*** | | | | | | | |
| 11. Detach & Reset Meter base and main disconnect - 200 amp | 1.00 EA | 241.47 | 0.00 | 48.30 | 289.77 | (0.00) | 289.77 |



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

### CONTINUED - Mechanical, Electrical, & Plumbing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 12. R&R Meter mast weatherhead for overhead power - 3" | 1.00 EA | 358.57 | 5.70 | 72.84 | 437.11 | (0.00) | 437.11 |
| 13. Megohmmeter check electrical circuits - average residence | 1.00 EA | 614.75 | 0.00 | 122.96 | 737.71 | (0.00) | 737.71 |
| 14. Electrician - per hour | 14.00 HR | 73.54 | 0.00 | 205.92 | 1,235.48 | (0.00) | 1,235.48 |
| ***Plumbing*** | | | | | | | |
| 15. Plumber - per hour | 8.00 HR | 79.42 | 0.00 | 127.08 | 762.44 | (0.00) | 762.44 |
| **Totals: Mechanical, Electrical, & Plumbing** | | | **264.89** | **1,788.94** | **10,733.54** | **0.00** | **10,733.54** |

### Exterior

Exterior

**Exterior**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 16. Foundation Pilings* | 1.00 EA | 50,000.00 | 0.00 | 10,000.00 | 60,000.00 | (0.00) | 60,000.00 |

*Per attached bid from Olshan for required foundation repairs including 29 pilings, stone fireplace shoring, and permanent structural reinforcement.*

| | | | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Total: Exterior** | | | **0.00** | **10,000.00** | **60,000.00** | **0.00** | **60,000.00** |

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17. R&R Concrete slab on grade - 12" - finished in place | 446.00 SF | 14.36 | 199.31 | 1,320.78 | 7,924.65 | (0.00) | 7,924.65 |
| 18. Remove Stone veneer - natural stone | 349.99 SF | 7.84 | 0.00 | 548.78 | 3,292.70 | (0.00) | 3,292.70 |
| 19. Remove House wrap (air/moisture barrier) | 446.00 SF | 0.05 | 0.00 | 4.46 | 26.76 | (0.00) | 26.76 |
| 20. R&R Builder board - 1/2" natural - fiberboard sheathing | 446.00 SF | 1.18 | 12.68 | 107.80 | 646.76 | (0.00) | 646.76 |
| 21. House wrap (air/moisture barrier) | 446.00 SF | 0.28 | 6.52 | 26.28 | 157.68 | (0.00) | 157.68 |
| 22. Stone veneer - natural stone | 446.00 SF | 28.24 | 462.39 | 2,611.48 | 15,668.91 | (0.00) | 15,668.91 |
| 23. Stone column - 24" diameter | 36.00 LF | 246.45 | 561.57 | 1,886.76 | 11,320.53 | (0.00) | 11,320.53 |



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

**CONTINUED - Front Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Front Elevation | | | 1,242.47 | 6,506.34 | 39,037.99 | 0.00 | 39,037.99 |

### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 24. Remove Siding - hardboard panel - paint grade | 706.38 SF | 0.30 | 0.00 | 42.38 | 254.29 | (0.00) | 254.29 |
| 25. Remove Stone veneer - natural stone | 191.63 SF | 7.84 | 0.00 | 300.48 | 1,802.86 | (0.00) | 1,802.86 |
| 26. Remove House wrap (air/moisture barrier) | 898.00 SF | 0.05 | 0.00 | 8.98 | 53.88 | (0.00) | 53.88 |
| 27. R&R Builder board - 1/2" natural - fiberboard sheathing | 898.00 SF | 1.18 | 25.54 | 217.02 | 1,302.20 | (0.00) | 1,302.20 |
| 28. House wrap (air/moisture barrier) | 898.00 SF | 0.28 | 13.13 | 52.90 | 317.47 | (0.00) | 317.47 |
| 29. Stone veneer - natural stone | 191.63 SF | 28.24 | 198.67 | 1,122.06 | 6,732.36 | (0.00) | 6,732.36 |
| 30. Siding - hardboard panel - paint grade | 706.38 SF | 3.03 | 91.26 | 446.32 | 2,677.91 | (0.00) | 2,677.91 |
| 31. Seal & paint wood siding | 706.38 SF | 1.88 | 28.12 | 271.22 | 1,627.33 | (0.00) | 1,627.33 |
| Totals: Right Elevation | | | 356.72 | 2,461.36 | 14,768.30 | 0.00 | 14,768.30 |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 32. Remove Siding - hardboard panel - paint grade | 443.11 SF | 0.30 | 0.00 | 26.58 | 159.51 | (0.00) | 159.51 |
| 33. Remove Stone veneer - natural stone | 288.19 SF | 7.84 | 0.00 | 451.88 | 2,711.29 | (0.00) | 2,711.29 |
| 34. Remove House wrap (air/moisture barrier) | 731.29 SF | 0.05 | 0.00 | 7.32 | 43.88 | (0.00) | 43.88 |
| 35. R&R Builder board - 1/2" natural - fiberboard sheathing | 731.29 SF | 1.18 | 20.80 | 176.74 | 1,060.46 | (0.00) | 1,060.46 |
| 36. House wrap (air/moisture barrier) | 731.29 SF | 0.28 | 10.69 | 43.10 | 258.55 | (0.00) | 258.55 |
| 37. Stone veneer - natural stone | 288.19 SF | 28.24 | 298.78 | 1,687.46 | 10,124.73 | (0.00) | 10,124.73 |
| 38. Siding - hardboard panel - paint grade | 443.11 SF | 3.03 | 57.24 | 279.96 | 1,679.82 | (0.00) | 1,679.82 |
| 39. Seal & paint wood siding | 443.11 SF | 1.88 | 17.64 | 170.14 | 1,020.83 | (0.00) | 1,020.83 |
| Totals: Left Elevation | | | 405.15 | 2,843.18 | 17,059.07 | 0.00 | 17,059.07 |

 **Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 40. Remove Siding - hardboard panel - paint grade | 380.10 SF | 0.30 | 0.00 | 22.80 | 136.83 | (0.00) | 136.83 |
| 41. Remove Stone veneer - natural stone | 228.68 SF | 7.84 | 0.00 | 358.58 | 2,151.43 | (0.00) | 2,151.43 |
| 42. Remove House wrap (air/moisture barrier) | 621.15 SF | 0.05 | 0.00 | 6.22 | 37.28 | (0.00) | 37.28 |
| 43. R&R Builder board - 1/2" natural - fiberboard sheathing | 621.15 SF | 1.18 | 17.66 | 150.14 | 900.75 | (0.00) | 900.75 |
| 44. House wrap (air/moisture barrier) | 621.15 SF | 0.28 | 9.08 | 36.60 | 219.60 | (0.00) | 219.60 |
| 45. Stone veneer - natural stone | 228.68 SF | 28.24 | 237.08 | 1,339.00 | 8,034.00 | (0.00) | 8,034.00 |
| 46. Siding - hardboard panel - paint grade | 380.10 SF | 3.03 | 49.10 | 240.16 | 1,440.96 | (0.00) | 1,440.96 |
| 47. Seal & paint wood siding | 380.10 SF | 1.88 | 15.13 | 145.94 | 875.66 | (0.00) | 875.66 |
| **Totals: Rear Elevation** | | | **328.05** | **2,299.44** | **13,796.51** | **0.00** | **13,796.51** |
| **Total: Exterior** | | | **2,332.39** | **24,110.32** | **144,661.87** | **0.00** | **144,661.87** |
| **Total: Exterior** | | | **2,332.39** | **24,110.32** | **144,661.87** | **0.00** | **144,661.87** |

### Interior

**Interior**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ***Doors*** | | | | | | | |
| 48. R&R French double door set, 8' - Interior - pre-hung unit | 1.00 EA | 2,004.93 | 153.03 | 431.58 | 2,589.54 | (0.00) | 2,589.54 |
| 49. R&R Interior door unit - Standard grade | 1.00 EA | 296.80 | 18.87 | 63.14 | 378.81 | (0.00) | 378.81 |
| 50. Paint door/window trim & jamb - 2 coats (per side) | 4.00 EA | 31.91 | 1.63 | 25.84 | 155.11 | (0.00) | 155.11 |
| 51. Paint French door slab only - 2 coats (per side) | 2.00 EA | 72.72 | 1.36 | 29.36 | 176.16 | (0.00) | 176.16 |
| 52. Seal & paint door slab only (per side) | 2.00 EA | 42.02 | 1.41 | 17.08 | 102.53 | (0.00) | 102.53 |
| 53. Door lockset & deadbolt - exterior - High grade | 3.00 EA | 123.66 | 23.91 | 78.98 | 473.87 | (0.00) | 473.87 |
| **Total: Interior** | | | **200.21** | **645.98** | **3,876.02** | **0.00** | **3,876.02** |

**Main Level**



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134



**Kitchen**                                                                                      **Height: 8'**

| | |
|---|---|
| 412.55 SF Walls | 204.13 SF Ceiling |
| 616.68 SF Walls & Ceiling | 204.13 SF Floor |
| 22.68 SY Flooring | 51.08 LF Floor Perimeter |
| 62.50 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**          **11' 5" X 8'**                    **Opens into LIVING_ROOM**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ***Prep*** | | | | | | | |
| 54. Contents - move out then reset | 1.00 EA | 55.55 | 0.00 | 11.12 | 66.67 | (0.00) | 66.67 |
| 55. Floor protection - plastic and tape - 10 mil | 204.13 SF | 0.22 | 1.99 | 9.38 | 56.28 | (0.00) | 56.28 |
| 56. Mask and prep for paint - plastic, paper, tape (per LF) | 62.50 LF | 1.42 | 1.37 | 18.04 | 108.16 | (0.00) | 108.16 |
| 57. Refrigerator – Remove & reset | 1.00 EA | 40.60 | 0.00 | 8.12 | 48.72 | (0.00) | 48.72 |
| 58. Range - electric - Remove & reset | 1.00 EA | 30.46 | 0.00 | 6.10 | 36.56 | (0.00) | 36.56 |
| ***Ceiling*** | | | | | | | |
| 59. Chandelier | 1.00 EA | 221.46 | 10.37 | 46.38 | 278.21 | (0.00) | 278.21 |
| 60. Fluorescent - one tube - 4' - strip light | 1.00 EA | 77.73 | 3.22 | 16.18 | 97.13 | (0.00) | 97.13 |
| 61. Remove Crown molding - 2 1/4" stain grade | 62.50 LF | 0.66 | 0.00 | 8.26 | 49.51 | (0.00) | 49.51 |
| 62. R&R 5/8" drywall - hung, taped, floated, ready for paint | 204.13 SF | 2.19 | 12.11 | 91.84 | 550.99 | (0.00) | 550.99 |
| 63. Seal the ceiling w/latex based stain blocker - one coat | 204.13 SF | 0.61 | 1.33 | 25.16 | 151.01 | (0.00) | 151.01 |
| 64. Paint the ceiling - two coats | 204.13 SF | 1.00 | 4.15 | 41.66 | 249.94 | (0.00) | 249.94 |
| 65. Crown molding - 2 1/4" stain grade | 62.50 LF | 4.59 | 12.85 | 59.96 | 359.69 | (0.00) | 359.69 |
| 66. Stain & finish crown molding | 62.50 LF | 1.70 | 1.12 | 21.48 | 128.85 | (0.00) | 128.85 |
| ***Walls*** | | | | | | | |
| 67. Range hood - Detach & reset | 1.00 EA | 68.22 | 0.00 | 13.64 | 81.86 | (0.00) | 81.86 |
| 68. Remove Paneling | 412.55 SF | 0.30 | 0.00 | 24.76 | 148.53 | (0.00) | 148.53 |
| 69. Remove 1/2" drywall - hung, taped, floated, ready for paint | 412.55 SF | 0.41 | 0.00 | 33.84 | 202.99 | (0.00) | 202.99 |
| 70. R&R Batt insulation - 6" - R19 - paper / foil faced | 412.55 SF | 1.53 | 31.51 | 132.54 | 795.25 | (0.00) | 795.25 |
| 71. 1/2" drywall - hung, taped, floated, ready for paint | 412.55 SF | 1.72 | 23.13 | 146.54 | 879.26 | (0.00) | 879.26 |
| 72. Paneling | 412.55 SF | 2.13 | 22.79 | 180.30 | 1,081.82 | (0.00) | 1,081.82 |
| 73. Seal the walls w/latex based stain blocker - one coat | 412.55 SF | 0.61 | 2.68 | 50.88 | 305.22 | (0.00) | 305.22 |
| 74. Seal & paint paneling | 412.55 SF | 1.21 | 7.04 | 101.24 | 607.47 | (0.00) | 607.47 |
| ***Floor*** | | | | | | | |
| 75. Remove Quarter round - 3/4" | 51.08 LF | 0.16 | 0.00 | 1.64 | 9.81 | (0.00) | 9.81 |
| 76. Remove Baseboard - 3 1/4" stain grade | 51.08 LF | 0.45 | 0.00 | 4.60 | 27.59 | (0.00) | 27.59 |
| 77. R&R Underlayment - 3/4" particle board | 204.13 SF | 3.41 | 43.39 | 139.22 | 878.69 | (0.00) | 878.69 |

JERRY_NICHOLS_&_TERR                                   10/18/2022          Page: 6



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

**CONTINUED - Kitchen**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 78. Floor preparation for resilient flooring | 204.13 SF | 0.51 | 10.15 | 20.82 | 135.08 | (0.00) | 135.08 |
| 79. Vinyl floor - per specs from independent vinyl analysis | 234.75 SF | 3.99 | 91.32 | 187.34 | 1,215.31 | (0.00) | 1,215.31 |
| 15 % waste added for Vinyl floor - per specs from independent vinyl analysis. | | | | | | | |
| 80. Baseboard - 3 1/4" stain grade | 51.08 LF | 3.75 | 8.88 | 40.10 | 240.53 | (0.00) | 240.53 |
| 81. Stain & finish baseboard | 51.08 LF | 1.59 | 0.91 | 16.42 | 98.55 | (0.00) | 98.55 |
| 82. Quarter round - 3/4" | 51.08 LF | 1.71 | 4.27 | 18.34 | 109.96 | (0.00) | 109.96 |
| ***Cabinetry/Countertops*** | | | | | | | |
| 83. Sink - double basin - Detach & reset | 1.00 EA | 113.90 | 0.05 | 22.80 | 136.75 | (0.00) | 136.75 |
| 84. Garbage disposer - Detach & reset | 1.00 EA | 113.56 | 0.00 | 22.72 | 136.28 | (0.00) | 136.28 |
| 85. P-trap assembly - Detach & reset | 1.00 EA | 42.37 | 0.00 | 8.48 | 50.85 | (0.00) | 50.85 |
| 86. Install Plumbing fixture supply line | 3.00 EA | 9.63 | 0.00 | 5.78 | 34.67 | (0.00) | 34.67 |
| 87. Remove Backsplash - plastic laminate | 30.00 SF | 0.89 | 0.00 | 5.34 | 32.04 | (0.00) | 32.04 |
| 88. Remove Countertop - flat laid plastic laminate | 23.00 LF | 4.24 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 89. R&R Custom cabinets - wall units - up to 24" tall | 15.00 LF | 166.42 | 152.06 | 529.68 | 3,178.04 | (0.00) | 3,178.04 |
| 90. R&R Custom cabinets - base units | 23.00 LF | 256.51 | 401.52 | 1,260.24 | 7,561.49 | (0.00) | 7,561.49 |
| 91. Countertop - flat laid plastic laminate | 23.00 LF | 39.41 | 53.60 | 192.00 | 1,152.03 | (0.00) | 1,152.03 |
| 92. Backsplash - plastic laminate | 30.00 SF | 6.33 | 7.51 | 39.48 | 236.89 | (0.00) | 236.89 |
| ***Miscellaneous*** | | | | | | | |
| 93. Final cleaning - construction - Residential | 204.13 SF | 0.26 | 5.17 | 10.62 | 68.86 | (0.00) | 68.86 |
| **Totals: Kitchen** | | | **914.49** | **3,592.54** | **21,704.56** | **0.00** | **21,704.56** |



**Living Room**              **Height: Sloped**

| | |
|---|---|
| 769.86 SF Walls | 304.96 SF Ceiling |
| 1074.82 SF Walls & Ceiling | 280.63 SF Floor |
| 31.18 SY Flooring | 50.58 LF Floor Perimeter |
| 64.31 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**     **11' 5" X 8'**      **Opens into KITCHEN**



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134



| **Subroom: Stairs (1)** | | **Height: Sloped** |
|---|---|---|
| 103.32 SF Walls | 13.22 SF Ceiling | |
| 116.54 SF Walls & Ceiling | 23.50 SF Floor | |
| 2.61 SY Flooring | 7.79 LF Floor Perimeter | |
| 7.29 LF Ceil. Perimeter | | |

| Missing Wall | 3' 7" X 16' | Opens into LIVING_ROOM |
|---|---|---|
| Missing Wall | 3' 5" X 16' | Opens into LIVING_ROOM |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ***Prep*** | | | | | | | |
| 94. Contents - move out then reset - Large room | 1.00 EA | 83.32 | 0.00 | 16.66 | 99.98 | (0.00) | 99.98 |
| 95. Floor protection - plastic and tape - 10 mil | 304.12 SF | 0.31 | 2.96 | 19.46 | 116.70 | (0.00) | 116.70 |
| 96. Mask and prep for paint - plastic, paper, tape (per LF) | 873.18 LF | 1.42 | 19.16 | 251.82 | 1,510.90 | (0.00) | 1,510.90 |
| ***Walls*** | | | | | | | |
| 97. Remove Baseboard - 3 1/4" stain grade | 58.37 LF | 0.45 | 0.00 | 5.26 | 31.53 | (0.00) | 31.53 |
| 98. Remove Paneling | 873.18 SF | 0.30 | 0.00 | 52.40 | 314.35 | (0.00) | 314.35 |
| 99. R&R Batt insulation - 6" - R19 - paper / foil faced | 654.88 SF | 1.53 | 50.02 | 210.40 | 1,262.39 | (0.00) | 1,262.39 |
| 100. Paneling | 873.18 SF | 2.13 | 48.24 | 381.62 | 2,289.73 | (0.00) | 2,289.73 |
| 101. Seal & paint paneling | 873.18 SF | 1.21 | 14.90 | 214.30 | 1,285.75 | (0.00) | 1,285.75 |
| 102. Baseboard - 3 1/4" stain grade | 58.37 LF | 3.75 | 10.15 | 45.82 | 274.86 | (0.00) | 274.86 |
| 103. Stain & finish baseboard | 58.37 LF | 1.59 | 1.04 | 18.76 | 112.61 | (0.00) | 112.61 |
| ***Floor*** | | | | | | | |
| 104. R&R Underlayment - 3/4" particle board | 304.12 SF | 3.41 | 64.64 | 207.42 | 1,309.11 | (0.00) | 1,309.11 |
| 105. Carpet pad - per specs from independent pad analysis | 304.12 SF | 0.52 | 15.42 | 31.62 | 205.18 | (0.00) | 205.18 |
| 106. Carpet - per specs from independent carpet analysis | 352.58 SF | 2.92 | 100.38 | 205.90 | 1,335.81 | (0.00) | 1,335.81 |
| 107. Additional labor cost for Berber or patterned carpets | 351.25 SF | 0.19 | 6.50 | 13.34 | 86.58 | (0.00) | 86.58 |
| ***Miscellaneous*** | | | | | | | |
| 108. Final cleaning - construction - Residential | 304.12 SF | 0.26 | 7.70 | 15.82 | 102.59 | (0.00) | 102.59 |
| **Totals: Living Room** | | | **341.11** | **1,690.60** | **10,338.07** | **0.00** | **10,338.07** |



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134



**Hallway**                    **Height: 8'**

| | |
|---|---|
| 226.67 SF Walls | 36.11 SF Ceiling |
| 262.78 SF Walls & Ceiling | 36.11 SF Floor |
| 4.01 SY Flooring | 28.33 LF Floor Perimeter |
| 28.33 LF Ceil. Perimeter | |



**Subroom: Cl (1)**              **Height: 8'**

| | |
|---|---|
| 64.00 SF Walls | 4.00 SF Ceiling |
| 68.00 SF Walls & Ceiling | 4.00 SF Floor |
| 0.44 SY Flooring | 8.00 LF Floor Perimeter |
| 8.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ***Prep*** | | | | | | | |
| 109. Mask and prep for paint - plastic, paper, tape (per LF) | 36.33 LF | 1.42 | 0.80 | 10.48 | 62.87 | (0.00) | 62.87 |
| 110. Interior door - Detach & reset - slab only | 4.00 EA | 17.29 | 0.00 | 13.84 | 83.00 | (0.00) | 83.00 |
| ***Walls*** | | | | | | | |
| 111. Remove Baseboard - 3 1/4" stain grade | 36.33 LF | 0.45 | 0.00 | 3.28 | 19.63 | (0.00) | 19.63 |
| 112. Baseboard - 3 1/4" stain grade | 36.33 LF | 3.75 | 6.32 | 28.50 | 171.06 | (0.00) | 171.06 |
| 113. Stain & finish baseboard | 36.33 LF | 1.59 | 0.65 | 11.70 | 70.11 | (0.00) | 70.11 |
| ***Floor*** | | | | | | | |
| 114. R&R Underlayment - 3/4" particle board | 40.11 SF | 3.41 | 8.52 | 27.34 | 172.64 | (0.00) | 172.64 |
| 115. Carpet pad - per specs from independent pad analysis | 40.11 SF | 0.52 | 2.03 | 4.18 | 27.07 | (0.00) | 27.07 |
| 116. Carpet - per specs from independent carpet analysis | 62.83 SF | 2.92 | 17.89 | 36.70 | 238.05 | (0.00) | 238.05 |
| 117. Additional labor cost for Berber or patterned carpets | 62.17 SF | 0.19 | 1.15 | 2.36 | 15.32 | (0.00) | 15.32 |
| ***Miscellaneous*** | | | | | | | |
| 118. Final cleaning - construction - Residential | 40.11 SF | 0.26 | 1.02 | 2.08 | 13.53 | (0.00) | 13.53 |
| **Totals: Hallway** | | | **38.38** | **140.46** | **873.28** | **0.00** | **873.28** |



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134



| **Hall Bath** | | **Height: 8'** |
|---|---|---|
| 269.33 SF Walls | 60.83 SF Ceiling | |
| 330.17 SF Walls & Ceiling | 60.83 SF Floor | |
| 6.76 SY Flooring | 33.67 LF Floor Perimeter | |
| 33.67 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ***Prep*** | | | | | | | |
| 119. Contents - move out then reset - Small room | 1.00 EA | 41.71 | 0.00 | 8.34 | 50.05 | (0.00) | 50.05 |
| 120. Floor protection - plastic and tape - 10 mil | 60.83 SF | 0.31 | 0.59 | 3.90 | 23.35 | (0.00) | 23.35 |
| 121. Mask and prep for paint - plastic, paper, tape (per LF) | 269.33 LF | 1.42 | 5.91 | 77.68 | 466.04 | (0.00) | 466.04 |
| 122. Toilet - Detach & reset | 1.00 EA | 175.38 | 0.60 | 35.20 | 211.18 | (0.00) | 211.18 |
| 123. Vanity top - Detach & reset | 6.00 LF | 27.08 | 0.09 | 32.52 | 195.09 | (0.00) | 195.09 |
| 124. Vanity - Detach & reset | 6.00 LF | 45.13 | 0.00 | 54.16 | 324.94 | (0.00) | 324.94 |
| 125. P-trap assembly - Detach & reset | 1.00 EA | 42.37 | 0.00 | 8.48 | 50.85 | (0.00) | 50.85 |
| 126. Install Plumbing fixture supply line | 2.00 EA | 9.63 | 0.00 | 3.86 | 23.12 | (0.00) | 23.12 |
| ***Walls*** | | | | | | | |
| 127. Remove Base shoe | 33.67 LF | 0.16 | 0.00 | 1.08 | 6.47 | (0.00) | 6.47 |
| 128. Remove Baseboard - 3 1/4" | 33.67 LF | 0.45 | 0.00 | 3.04 | 18.19 | (0.00) | 18.19 |
| 129. Seal part of the walls w/latex based stain blocker - one coat | 220.85 SF | 0.61 | 1.44 | 27.22 | 163.38 | (0.00) | 163.38 |
| 130. Paint the walls - one coat | 269.33 SF | 0.67 | 3.06 | 36.72 | 220.23 | (0.00) | 220.23 |
| 131. Baseboard - 3 1/4" | 33.67 LF | 3.28 | 4.73 | 23.02 | 138.19 | (0.00) | 138.19 |
| 132. Base shoe | 33.67 LF | 1.44 | 2.08 | 10.12 | 60.68 | (0.00) | 60.68 |
| 133. Seal & paint baseboard, oversized - two coats | 33.67 LF | 1.62 | 0.46 | 11.02 | 66.03 | (0.00) | 66.03 |
| 134. Seal & paint base shoe or quarter round | 33.67 LF | 0.82 | 0.33 | 5.58 | 33.52 | (0.00) | 33.52 |
| 135. Paint door or window opening - 2 coats (per side) | 1.00 EA | 31.91 | 0.41 | 6.46 | 38.78 | (0.00) | 38.78 |
| ***Floor*** | | | | | | | |
| 136. R&R Underlayment - 3/4" particle board | 60.83 SF | 3.41 | 12.92 | 41.48 | 261.83 | (0.00) | 261.83 |
| 137. Floor preparation for resilient flooring | 60.83 SF | 0.51 | 3.02 | 6.20 | 40.24 | (0.00) | 40.24 |
| 138. Vinyl floor covering (sheet goods) - High grade | 104.00 SF | 4.37 | 44.32 | 90.90 | 589.70 | (0.00) | 589.70 |
| ***Miscellaneous*** | | | | | | | |
| 139. Final cleaning - construction - Residential | 60.83 SF | 0.26 | 1.55 | 3.16 | 20.53 | (0.00) | 20.53 |
| **Totals: Hall Bath** | | | **81.51** | **490.14** | **3,002.39** | **0.00** | **3,002.39** |



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134



**Bedroom 1**                                                                                      Height: Sloped

| | |
|---|---|
| 569.81 SF Walls | 158.43 SF Ceiling |
| 728.23 SF Walls & Ceiling | 148.00 SF Floor |
| 16.44 SY Flooring | 48.67 LF Floor Perimeter |
| 50.36 LF Ceil. Perimeter | |

**Subroom: Cl (1)**                                                                              Height: 9' 5"

| | |
|---|---|
| 106.72 SF Walls | 8.00 SF Ceiling |
| 114.72 SF Walls & Ceiling | 8.00 SF Floor |
| 0.89 SY Flooring | 11.33 LF Floor Perimeter |
| 11.33 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ***Prep*** | | | | | | | |
| 140. Contents - move out then reset | 1.00 EA | 55.55 | 0.00 | 11.12 | 66.67 | (0.00) | 66.67 |
| 141. Interior door - Detach & reset - slab only | 1.00 EA | 17.29 | 0.00 | 3.46 | 20.75 | (0.00) | 20.75 |
| ***Walls*** | | | | | | | |
| 142. Remove Baseboard - 3 1/4" stain grade | 60.00 LF | 0.45 | 0.00 | 5.40 | 32.40 | (0.00) | 32.40 |
| 143. Baseboard - 3 1/4" stain grade | 60.00 LF | 3.75 | 10.43 | 47.08 | 282.51 | (0.00) | 282.51 |
| 144. Stain & finish baseboard | 60.00 LF | 1.59 | 1.07 | 19.30 | 115.77 | (0.00) | 115.77 |
| ***Floor*** | | | | | | | |
| 145. Remove Carpet - per specs from independent carpet analysis | 156.00 SF | 0.27 | 0.00 | 8.42 | 50.54 | (0.00) | 50.54 |
| 146. Remove Carpet pad - per specs from independent pad analysis | 156.00 SF | 0.11 | 0.00 | 3.44 | 20.60 | (0.00) | 20.60 |
| 147. Carpet pad - per specs from independent pad analysis | 156.00 SF | 0.52 | 7.91 | 16.22 | 105.25 | (0.00) | 105.25 |
| 148. Carpet - per specs from independent carpet analysis | 175.67 SF | 2.92 | 50.02 | 102.60 | 665.58 | (0.00) | 665.58 |
| 149. Additional labor cost for Berber or patterned carpets | 175.00 SF | 0.19 | 3.24 | 6.66 | 43.15 | (0.00) | 43.15 |
| ***Miscellaneous*** | | | | | | | |
| 150. Final cleaning - construction - Residential | 156.00 SF | 0.26 | 3.96 | 8.12 | 52.64 | (0.00) | 52.64 |
| **Totals: Bedroom 1** | | | **76.63** | **231.82** | **1,455.86** | **0.00** | **1,455.86** |



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134



| Bedroom 2 | Height: Sloped |
|---|---|
| 563.95 SF Walls | 155.22 SF Ceiling |
| 719.17 SF Walls & Ceiling | 145.00 SF Floor |
| 16.11 SY Flooring | 48.17 LF Floor Perimeter |
| 49.86 LF Ceil. Perimeter | |



| Subroom: C1 (1) | Height: 8' |
|---|---|
| 128.00 SF Walls | 12.00 SF Ceiling |
| 140.00 SF Walls & Ceiling | 12.00 SF Floor |
| 1.33 SY Flooring | 16.00 LF Floor Perimeter |
| 16.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ***Prep*** | | | | | | | |
| 151. Contents - move out then reset | 1.00 EA | 55.55 | 0.00 | 11.12 | 66.67 | (0.00) | 66.67 |
| 152. Bifold door - (2 slabs only) - Single - Detach & reset | 1.00 EA | 13.84 | 0.00 | 2.76 | 16.60 | (0.00) | 16.60 |
| ***Walls*** | | | | | | | |
| 153. Remove Baseboard - 3 1/4" stain grade | 64.17 LF | 0.45 | 0.00 | 5.78 | 34.66 | (0.00) | 34.66 |
| 154. Baseboard - 3 1/4" stain grade | 64.17 LF | 3.75 | 11.16 | 50.36 | 302.16 | (0.00) | 302.16 |
| 155. Stain & finish baseboard | 64.17 LF | 1.59 | 1.15 | 20.64 | 123.82 | (0.00) | 123.82 |
| ***Floor*** | | | | | | | |
| 156. Remove Carpet - per specs from independent carpet analysis | 157.00 SF | 0.27 | 0.00 | 8.48 | 50.87 | (0.00) | 50.87 |
| 157. Remove Carpet pad - per specs from independent pad analysis | 157.00 SF | 0.11 | 0.00 | 3.46 | 20.73 | (0.00) | 20.73 |
| 158. Carpet pad - per specs from independent pad analysis | 157.00 SF | 0.52 | 7.96 | 16.32 | 105.92 | (0.00) | 105.92 |
| 159. Carpet - per specs from independent carpet analysis | 178.25 SF | 2.92 | 50.75 | 104.10 | 675.34 | (0.00) | 675.34 |
| 160. Additional labor cost for Berber or patterned carpets | 177.58 SF | 0.19 | 3.29 | 6.74 | 43.77 | (0.00) | 43.77 |
| ***Miscellaneous*** | | | | | | | |
| 161. Final cleaning - construction - Residential | 157.00 SF | 0.26 | 3.98 | 8.16 | 52.96 | (0.00) | 52.96 |
| **Totals: Bedroom 2** | | | **78.29** | **237.92** | **1,493.50** | **0.00** | **1,493.50** |

| Total: Main Level | | | 1,530.41 | 6,383.48 | 38,867.66 | 0.00 | 38,867.66 |

**Walk-Out Basement**



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134



| Stairs to Basement | | | | | | | Height: 17' |
|---|---|---|---|---|---|---|---|

228.08 SF Walls                     26.27 SF Ceiling
254.35 SF Walls & Ceiling           57.01 SF Floor
6.33 SY Flooring                    26.35 LF Floor Perimeter
19.42 LF Ceil. Perimeter

Missing Wall                3' 3" X 17'                Opens into WALKOUT_BAS

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ***Prep*** | | | | | | | |
| 162. Handrail - wall mounted - Detach & reset | 12.00 LF | 4.85 | 0.00 | 11.64 | 69.84 | (0.00) | 69.84 |
| ***Walls*** | | | | | | | |
| 163. Remove Crown molding - 2 1/4" | 19.42 LF | 0.66 | 0.00 | 2.56 | 15.38 | (0.00) | 15.38 |
| 164. Remove Chair rail - 2 1/2" | 12.00 LF | 0.41 | 0.00 | 0.98 | 5.90 | (0.00) | 5.90 |
| 165. R&R Paneling - High grade | 228.08 SF | 2.65 | 16.68 | 124.22 | 745.31 | (0.00) | 745.31 |
| 166. Chair rail - 2 1/2" | 12.00 LF | 2.62 | 1.26 | 6.54 | 39.24 | (0.00) | 39.24 |
| 167. Crown molding - 2 1/4" | 19.42 LF | 3.57 | 2.54 | 14.36 | 86.23 | (0.00) | 86.23 |
| 168. Seal & paint paneling | 228.08 SF | 1.21 | 3.89 | 55.98 | 335.85 | (0.00) | 335.85 |
| 169. Seal & paint chair rail - two coats | 12.00 LF | 1.46 | 0.14 | 3.52 | 21.18 | (0.00) | 21.18 |
| 170. Seal & paint crown molding - two coats | 19.42 LF | 1.54 | 0.24 | 6.02 | 36.17 | (0.00) | 36.17 |
| ***Floor*** | | | | | | | |
| 171. Carpet pad - per specs from independent pad analysis | 57.01 SF | 0.52 | 2.89 | 5.94 | 38.48 | (0.00) | 38.48 |
| 172. Carpet - per specs from independent carpet analysis | 76.00 SF | 2.92 | 21.64 | 44.38 | 287.94 | (0.00) | 287.94 |
| 173. Step charge for "waterfall" carpet installation | 10.00 EA | 8.34 | 8.14 | 16.68 | 108.22 | (0.00) | 108.22 |
| ***Miscellaneous*** | | | | | | | |
| 174. Final cleaning - construction - Residential | 57.01 SF | 0.26 | 1.44 | 2.96 | 19.22 | (0.00) | 19.22 |
| **Totals: Stairs to Basement** | | | 58.86 | 295.78 | 1,808.96 | 0.00 | 1,808.96 |



| Walk-Out Basement | | | | | | | Height: 8' |
|---|---|---|---|---|---|---|---|

598.00 SF Walls                     346.56 SF Ceiling
944.56 SF Walls & Ceiling           346.56 SF Floor
38.51 SY Flooring                   74.75 LF Floor Perimeter
74.75 LF Ceil. Perimeter

Missing Wall                3' 3" X 8'                Opens into STAIRS_TO_BA



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ***Prep*** | | | | | | | |
| 175. Contents - move out then reset - Large room | 1.00 EA | 83.32 | 0.00 | 16.66 | 99.98 | (0.00) | 99.98 |
| 176. Floor protection - plastic and tape - 10 mil | 346.56 SF | 0.22 | 3.38 | 15.92 | 95.54 | (0.00) | 95.54 |
| 177. Mask the walls per square foot - plastic and tape - 4 mil | 598.00 SF | 0.25 | 2.92 | 30.48 | 182.90 | (0.00) | 182.90 |
| 178. Exterior door - Detach & reset | 1.00 EA | 112.36 | 0.41 | 22.56 | 135.33 | (0.00) | 135.33 |
| ***Ceiling*** | | | | | | | |
| 179. Light fixture | 2.00 EA | 60.97 | 5.36 | 25.46 | 152.76 | (0.00) | 152.76 |
| 180. Remove Crown molding - 2 1/4" | 74.75 LF | 0.66 | 0.00 | 9.86 | 59.20 | (0.00) | 59.20 |
| 181. R&R 5/8" drywall - hung, taped, floated, ready for paint | 346.56 SF | 2.19 | 20.56 | 155.92 | 935.45 | (0.00) | 935.45 |
| 182. Seal the ceiling w/latex based stain blocker - one coat | 346.56 SF | 0.61 | 2.25 | 42.74 | 256.39 | (0.00) | 256.39 |
| 183. Paint the ceiling - two coats | 346.56 SF | 1.00 | 7.04 | 70.72 | 424.32 | (0.00) | 424.32 |
| 184. Crown molding - 2 1/4" | 74.75 LF | 3.57 | 9.78 | 55.34 | 331.98 | (0.00) | 331.98 |
| 185. Seal & paint crown molding - two coats | 74.75 LF | 1.54 | 0.91 | 23.20 | 139.23 | (0.00) | 139.23 |
| ***Walls*** | | | | | | | |
| 186. Remove Casing - 2 1/4" | 37.00 LF | 0.50 | 0.00 | 3.70 | 22.20 | (0.00) | 22.20 |
| 187. Remove Corner trim | 48.00 LF | 0.16 | 0.00 | 1.54 | 9.22 | (0.00) | 9.22 |
| 188. Remove Baseboard - 3 1/4" | 74.75 LF | 0.45 | 0.00 | 6.72 | 40.36 | (0.00) | 40.36 |
| 189. Remove Quarter round - 3/4" | 74.75 LF | 0.16 | 0.00 | 2.40 | 14.36 | (0.00) | 14.36 |
| 190. Remove Paneling - High grade | 598.00 SF | 0.30 | 0.00 | 35.88 | 215.28 | (0.00) | 215.28 |
| 191. R&R Batt insulation - 6" - R19 - paper / foil faced | 299.00 SF | 1.53 | 22.84 | 96.06 | 576.37 | (0.00) | 576.37 |
| 192. Paneling - High grade | 598.00 SF | 2.35 | 43.73 | 289.80 | 1,738.83 | (0.00) | 1,738.83 |
| 193. Corner trim | 74.75 LF | 1.56 | 4.74 | 24.26 | 145.61 | (0.00) | 145.61 |
| 194. Baseboard - 3 1/4" | 74.75 LF | 3.28 | 10.51 | 51.14 | 306.83 | (0.00) | 306.83 |
| 195. Quarter round - 3/4" | 74.75 LF | 1.71 | 6.26 | 26.82 | 160.90 | (0.00) | 160.90 |
| 196. Casing - 2 1/4" | 37.00 LF | 2.21 | 4.27 | 17.22 | 103.26 | (0.00) | 103.26 |
| 197. Seal & paint paneling | 598.00 SF | 1.21 | 10.20 | 146.76 | 880.54 | (0.00) | 880.54 |
| 198. Seal & paint casing - two coats | 37.00 LF | 1.53 | 0.42 | 11.40 | 68.43 | (0.00) | 68.43 |
| 199. Seal & paint corner trim - two coats | 74.75 LF | 1.16 | 0.91 | 17.52 | 105.14 | (0.00) | 105.14 |
| 200. Seal & paint baseboard - two coats | 74.75 LF | 1.51 | 0.73 | 22.72 | 136.32 | (0.00) | 136.32 |
| 201. Seal & paint base shoe or quarter round | 74.75 LF | 0.82 | 0.73 | 12.40 | 74.43 | (0.00) | 74.43 |
| 202. Paint door or window opening - Large - 2 coats (per side) | 1.00 EA | 37.55 | 0.48 | 7.62 | 45.65 | (0.00) | 45.65 |
| 203. Paint door or window opening - 2 coats (per side) | 1.00 EA | 31.91 | 0.41 | 6.46 | 38.78 | (0.00) | 38.78 |
| ***Floor*** | | | | | | | |
| 204. R&R Concrete slab on grade - 6" - finished in place | 346.56 SF | 9.69 | 76.59 | 686.96 | 4,121.71 | (0.00) | 4,121.71 |
| 205. Floor leveling cement - Heavy | 346.56 SF | 2.59 | 87.52 | 179.52 | 1,164.63 | (0.00) | 1,164.63 |
| 206. Floor preparation for resilient flooring | 346.56 SF | 0.51 | 17.23 | 35.36 | 229.34 | (0.00) | 229.34 |



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

### CONTINUED - Walk-Out Basement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 207. Vinyl plank flooring - per specs from ind. vinyl analysis | 346.56 SF | 3.99 | 134.82 | 276.56 | 1,794.15 | (0.00) | 1,794.15 |
| ***Miscellaneous*** | | | | | | | |
| 208. Final cleaning - construction - Residential | 346.56 SF | 0.26 | 8.78 | 18.02 | 116.91 | (0.00) | 116.91 |
| **Totals:  Walk-Out Basement** | | | **483.78** | **2,445.70** | **14,922.33** | **0.00** | **14,922.33** |



**Laundry Room**                                                                   Height: 8'

| 264.00 SF Walls | 56.85 SF Ceiling |
|---|---|
| 320.85 SF Walls & Ceiling | 56.85 SF Floor |
| 6.32 SY Flooring | 33.00 LF Floor Perimeter |
| 33.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ***Prep*** | | | | | | | |
| 209. Contents - move out then reset - Large room | 1.00 EA | 83.32 | 0.00 | 16.66 | 99.98 | (0.00) | 99.98 |
| 210. Floor protection - plastic and tape - 10 mil | 56.85 SF | 0.22 | 0.55 | 2.62 | 15.68 | (0.00) | 15.68 |
| 211. Mask the walls per square foot - plastic and tape - 4 mil | 264.00 SF | 0.25 | 1.29 | 13.46 | 80.75 | (0.00) | 80.75 |
| 212. Interior door - Detach & reset - slab only | 3.00 EA | 17.29 | 0.00 | 10.38 | 62.25 | (0.00) | 62.25 |
| 213. Washer/Washing machine - Remove & reset | 1.00 EA | 39.51 | 0.00 | 7.90 | 47.41 | (0.00) | 47.41 |
| 214. Dryer - Remove & reset | 1.00 EA | 30.46 | 0.00 | 6.10 | 36.56 | (0.00) | 36.56 |
| ***Ceiling*** | | | | | | | |
| 215. Remove Crown molding - 2 1/4" | 33.00 LF | 0.66 | 0.00 | 4.36 | 26.14 | (0.00) | 26.14 |
| 216. R&R 5/8" drywall - hung, taped, floated, ready for paint | 56.85 SF | 2.19 | 3.37 | 25.58 | 153.45 | (0.00) | 153.45 |
| 217. Seal the ceiling w/latex based stain blocker - one coat | 56.85 SF | 0.61 | 0.37 | 7.02 | 42.07 | (0.00) | 42.07 |
| 218. Paint the ceiling - two coats | 56.85 SF | 1.00 | 1.15 | 11.62 | 69.62 | (0.00) | 69.62 |
| 219. Crown molding - 2 1/4" | 33.00 LF | 3.57 | 4.32 | 24.42 | 146.55 | (0.00) | 146.55 |
| 220. Seal & paint crown molding - two coats | 33.00 LF | 1.54 | 0.40 | 10.24 | 61.46 | (0.00) | 61.46 |
| ***Walls*** | | | | | | | |
| 221. Remove Casing - 2 1/4" | 46.00 LF | 0.50 | 0.00 | 4.60 | 27.60 | (0.00) | 27.60 |



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

**CONTINUED - Laundry Room**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 222. Remove Corner trim | 48.00 LF | 0.16 | 0.00 | 1.54 | 9.22 | (0.00) | 9.22 |
| 223. Remove Baseboard - 3 1/4" | 33.00 LF | 0.45 | 0.00 | 2.98 | 17.83 | (0.00) | 17.83 |
| 224. Remove Quarter round - 3/4" | 33.00 LF | 0.16 | 0.00 | 1.06 | 6.34 | (0.00) | 6.34 |
| 225. Remove Paneling - High grade | 264.00 SF | 0.30 | 0.00 | 15.84 | 95.04 | (0.00) | 95.04 |
| 226. R&R Batt insulation - 6" - R19 - paper / foil faced | 66.00 SF | 1.53 | 5.04 | 21.18 | 127.20 | (0.00) | 127.20 |
| 227. Paneling - High grade | 264.00 SF | 2.35 | 19.31 | 127.94 | 767.65 | (0.00) | 767.65 |
| 228. Corner trim | 33.00 LF | 1.56 | 2.09 | 10.72 | 64.29 | (0.00) | 64.29 |
| 229. Baseboard - 3 1/4" | 33.00 LF | 3.28 | 4.64 | 22.56 | 135.44 | (0.00) | 135.44 |
| 230. Quarter round - 3/4" | 33.00 LF | 1.71 | 2.76 | 11.84 | 71.03 | (0.00) | 71.03 |
| 231. Casing - 2 1/4" | 46.00 LF | 2.21 | 5.31 | 21.40 | 128.37 | (0.00) | 128.37 |
| 232. Seal & paint paneling | 264.00 SF | 1.21 | 4.50 | 64.78 | 388.72 | (0.00) | 388.72 |
| 233. Seal & paint casing - two coats | 46.00 LF | 1.53 | 0.52 | 14.18 | 85.08 | (0.00) | 85.08 |
| 234. Seal & paint corner trim - two coats | 33.00 LF | 1.16 | 0.40 | 7.74 | 46.42 | (0.00) | 46.42 |
| 235. Seal & paint baseboard - two coats | 33.00 LF | 1.51 | 0.32 | 10.02 | 60.17 | (0.00) | 60.17 |
| 236. Seal & paint base shoe or quarter round | 33.00 LF | 0.82 | 0.32 | 5.48 | 32.86 | (0.00) | 32.86 |
| 237. Paint door or window opening - 2 coats (per side) | 3.00 EA | 31.91 | 1.22 | 19.38 | 116.33 | (0.00) | 116.33 |
| ***Floor*** | | | | | | | |
| 238. R&R Concrete slab on grade - 6" - finished in place | 56.85 SF | 9.69 | 12.56 | 112.70 | 676.14 | (0.00) | 676.14 |
| 239. Floor leveling cement - Heavy | 56.85 SF | 2.59 | 14.35 | 29.44 | 191.03 | (0.00) | 191.03 |
| 240. Floor preparation for resilient flooring | 56.85 SF | 0.51 | 2.83 | 5.80 | 37.62 | (0.00) | 37.62 |
| 241. Vinyl plank flooring - per specs from ind. vinyl analysis | 56.85 SF | 3.99 | 22.12 | 45.36 | 294.31 | (0.00) | 294.31 |
| ***Miscellaneous*** | | | | | | | |
| 242. Final cleaning - construction - Residential | 56.85 SF | 0.26 | 1.44 | 2.96 | 19.18 | (0.00) | 19.18 |
| **Totals: Laundry Room** | | | **111.18** | **699.86** | **4,239.79** | **0.00** | **4,239.79** |

**Utility Room**                Height: 6' 9"



621.00 SF Walls              388.97 SF Ceiling
1009.97 SF Walls & Ceiling       388.97 SF Floor
43.22 SY Flooring           92.00 LF Floor Perimeter
92.00 LF Ceil. Perimeter



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ***Ceiling*** | | | | | | | |
| 243. R&R Rigid foam insulation board - 1" | 32.00 SF | 1.34 | 1.95 | 8.98 | 53.81 | (0.00) | 53.81 |
| ***Walls*** | | | | | | | |
| 244. R&R Batt insulation - 6" - R19 - unfaced batt | 155.25 SF | 1.27 | 8.58 | 41.16 | 246.91 | (0.00) | 246.91 |
| 245. Paneling | 621.00 SF | 2.13 | 34.31 | 271.40 | 1,628.44 | (0.00) | 1,628.44 |
| ***Miscellaneous*** | | | | | | | |
| 246. Final cleaning - construction - Residential | 388.97 SF | 0.26 | 9.86 | 20.22 | 131.21 | (0.00) | 131.21 |
| **Totals: Utility Room** | | | 54.70 | 341.76 | 2,060.37 | 0.00 | 2,060.37 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total: Walk-Out Basement** | | | 708.52 | 3,783.10 | 23,031.45 | 0.00 | 23,031.45 |

### Mitigation Kitchen

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 247. Tear out wet drywall, cleanup, bag for disposal | 197.89 SF | 0.93 | 2.89 | 37.38 | 224.31 | (0.00) | 224.31 |
| 248. Tear out non-salv floating floor & bag for disposal | 145.57 SF | 1.71 | 0.95 | 49.98 | 299.85 | (0.00) | 299.85 |
| 249. Tear out non-salv vinyl, cut & bag - additional layer | 145.57 SF | 0.49 | 0.83 | 14.42 | 86.58 | (0.00) | 86.58 |
| 250. Water extraction from hard surface floor - after hours | 145.57 SF | 0.35 | 4.97 | 10.20 | 66.12 | (0.00) | 66.12 |
| 251. Dehumidifier (per 24 hour period) - No monitoring | 2.00 EA | 58.24 | 11.35 | 23.30 | 151.13 | (0.00) | 151.13 |
| 252. Air mover (per 24 hour period) - No monitoring | 12.00 EA | 27.26 | 31.90 | 65.42 | 424.44 | (0.00) | 424.44 |

*4 air movers, 3 days*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals: Mitigation Kitchen** | | | 52.89 | 200.70 | 1,252.43 | 0.00 | 1,252.43 |

### Mitigation Living Room

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 253. Tear out wet carpet pad and bag for disposal | 324.95 SF | 0.53 | 1.85 | 34.82 | 208.89 | (0.00) | 208.89 |
| 254. Tear out wet non-salvageable carpet, cut & bag for disp. | 324.95 SF | 0.56 | 1.85 | 36.78 | 220.60 | (0.00) | 220.60 |
| 255. Water extraction from carpeted floor - Heavy | 324.95 SF | 0.60 | 19.01 | 39.00 | 252.98 | (0.00) | 252.98 |



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

### CONTINUED - Mitigation Living Room

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 256. Dehumidifier (per 24 hour period) - No monitoring | 2.00 EA | 58.24 | 11.35 | 23.30 | 151.13 | (0.00) | 151.13 |
| 257. Tear out non-salv vinyl, cut & bag - additional layer | 324.95 SF | 0.49 | 1.85 | 32.22 | 193.30 | (0.00) | 193.30 |
| 258. Air mover (per 24 hour period) - No monitoring | 12.00 EA | 27.26 | 31.90 | 65.42 | 424.44 | (0.00) | 424.44 |

*4 air movers, 3 days*

| Totals:  Mitigation Living Room | | | 67.81 | 231.54 | 1,451.34 | 0.00 | 1,451.34 |
|---|---|---|---|---|---|---|---|

### Mitigation Stairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 259. Tear out wet carpet pad, cut/bag - after hours | 54.02 SF | 0.75 | 0.31 | 8.16 | 48.99 | (0.00) | 48.99 |
| 260. Tear out wet non-salvage cpt, cut/bag - after hours | 54.02 SF | 0.80 | 0.31 | 8.70 | 52.23 | (0.00) | 52.23 |

| Totals:  Mitigation Stairs | | | 0.62 | 16.86 | 101.22 | 0.00 | 101.22 |
|---|---|---|---|---|---|---|---|

### Mitigation Hall Bath

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 261. Tear out non-salvageable vinyl tile, cut & bag for disp. | 112.00 SF | 1.51 | 0.64 | 33.94 | 203.70 | (0.00) | 203.70 |
| 262. Dehumidifier (per 24 hour period) - No monitoring | 2.00 EA | 58.24 | 11.35 | 23.30 | 151.13 | (0.00) | 151.13 |
| 263. Air mover (per 24 hour period) - No monitoring | 9.00 EA | 27.26 | 23.92 | 49.06 | 318.32 | (0.00) | 318.32 |

*3 air movers, 3 days*

| Totals:  Mitigation Hall Bath | | | 35.91 | 106.30 | 673.15 | 0.00 | 673.15 |
|---|---|---|---|---|---|---|---|



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

### Mitigation-Stairs to Basement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 264.  Tear out wet non-salvageable carpet, cut & bag for disp. | 70.78 SF | 0.56 | 0.40 | 8.00 | 48.04 | (0.00) | 48.04 |
| 265.  Dehumidifier (per 24 hour period) - No monitoring | 2.00 EA | 58.24 | 11.35 | 23.30 | 151.13 | (0.00) | 151.13 |
| 266.  Tear out wet drywall, no bagging | 197.89 SF | 0.68 | 0.00 | 26.92 | 161.49 | (0.00) | 161.49 |
| **Totals:  Mitigation-Stairs to Basement** | | | **11.75** | **58.22** | **360.66** | **0.00** | **360.66** |

### Mitigation-Walk-Out Basement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 267.  Tear out non-salv floating floor & bag - after hrs | 347.97 SF | 2.52 | 2.26 | 175.84 | 1,054.98 | (0.00) | 1,054.98 |
| 268.  Water extraction from hard surface floor - after hours | 347.97 SF | 0.35 | 11.88 | 24.36 | 158.03 | (0.00) | 158.03 |
| 269.  Dehumidifier (per 24 hour period) - No monitoring | 2.00 EA | 58.24 | 11.35 | 23.30 | 151.13 | (0.00) | 151.13 |
| 270.  Air mover (per 24 hour period) - No monitoring | 18.00 EA | 27.26 | 47.84 | 98.14 | 636.66 | (0.00) | 636.66 |

*6 air movers, 3 days*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals:  Mitigation-Walk-Out Basement** | | | **73.33** | **321.64** | **2,000.80** | **0.00** | **2,000.80** |

### Mitigation Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 271.  Tear out wet paneling, bag for disposal - after hours | 621.00 SF | 0.82 | 5.05 | 102.86 | 617.13 | (0.00) | 617.13 |
| **Totals:  Mitigation Exterior** | | | **5.05** | **102.86** | **617.13** | **0.00** | **617.13** |

### Mitigation-General

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 272.  Equipment setup, take down, and monitoring (hourly charge) | 12.00 HR | 50.40 | 58.97 | 120.96 | 784.73 | (0.00) | 784.73 |
| **Totals:  Mitigation-General** | | | **58.97** | **120.96** | **784.73** | **0.00** | **784.73** |

 **Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

**Total: Interior**     2,745.47    11,971.64    73,016.59    0.00    73,016.59

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 273. Finish hardware labor minimum | 1.00 EA | 61.15 | 0.00 | 12.24 | 73.39 | (0.00) | 73.39 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **12.24** | **73.39** | **0.00** | **73.39** |
| **Line Item Totals: JERRY_NICHOLS_&_TERR** | | | **5,342.75** | **44,285.46** | **266,899.29** | **0.00** | **266,899.29** |

**Grand Total Areas:**

| | | |
|---|---|---|
| 9,536.58 SF Walls | 2,105.43 SF Ceiling | 11,642.02 SF Walls and Ceiling |
| 2,094.04 SF Floor | 232.67 SY Flooring | 993.85 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 727.10 LF Ceil. Perimeter |
| 2,094.04 Floor Area | 2,216.31 Total Area | 5,503.34 Interior Wall Area |
| 7,517.20 Exterior Wall Area | 574.75 Exterior Perimeter of Walls | |
| 2,412.27 Surface Area | 24.12 Number of Squares | 246.06 Total Perimeter Length |
| 43.25 Total Ridge Length | 0.00 Total Hip Length | |

 **Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 217,271.08 |
| Material Sales Tax | 4,154.35 |
| | |
| Subtotal | 221,425.43 |
| Overhead | 22,142.73 |
| Profit | 22,142.73 |
| Service Sales Tax | 1,188.40 |
| | |
| **Replacement Cost Value** | **$266,899.29** |
| Less Deductible | (1,900.00) |
| | |
| **Net Claim** | **$264,999.29** |

Zachary J. Davidson

 **Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.125%) | Cleaning Matl Tax (8.125%) | Service Sales Tax (8.125%) | Manuf. Home Tax (6.5%) | Storage Rental Tax (8.125%) | State Food Tax (1.5%) | Local Food Tax (1.625%) |
|---|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | | |
| | 22,142.73 | 22,142.73 | 4,154.35 | 0.00 | 1,188.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | | |
| | 22,142.73 | 22,142.73 | 4,154.35 | 0.00 | 1,188.40 | 0.00 | 0.00 | 0.00 | 0.00 |

JERRY_NICHOLS_&_TERR                     10/18/2022          Page: 22

 **Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| APPLIANCES | 322.81 | 0.12% |
| CABINETRY | 9,481.94 | 3.55% |
| CLEANING | 460.61 | 0.17% |
| CONCRETE & ASPHALT | 6,145.86 | 2.30% |
| CONTENT MANIPULATION | 458.32 | 0.17% |
| GENERAL DEMOLITION | 23,066.62 | 8.64% |
| DOORS | 2,523.17 | 0.95% |
| DRYWALL | 1,924.67 | 0.72% |
| ELECTRICAL | 2,193.62 | 0.82% |
| HEAVY EQUIPMENT | 8,704.00 | 3.26% |
| FLOOR COVERING - CARPET | 3,068.71 | 1.15% |
| FLOOR COVERING - CERAMIC TILE | 1,044.83 | 0.39% |
| FLOOR COVERING - VINYL | 4,669.63 | 1.75% |
| PERMITS AND FEES | 502.00 | 0.19% |
| FINISH CARPENTRY / TRIMWORK | 2,978.30 | 1.12% |
| FINISH HARDWARE | 432.13 | 0.16% |
| FRAMING & ROUGH CARPENTRY | 2,777.33 | 1.04% |
| HEAT, VENT & AIR CONDITIONING | 5,430.00 | 2.03% |
| INSULATION | 2,716.32 | 1.02% |
| LABOR ONLY | 17,553.00 | 6.58% |
| LIGHT FIXTURES | 421.13 | 0.16% |
| MASONRY | 91,475.28 | 34.27% |
| MARBLE - CULTURED OR NATURAL | 162.48 | 0.06% |
| PLUMBING | 1,057.53 | 0.40% |
| PANELING & WOOD WALL FINISHES | 6,623.02 | 2.48% |
| PAINTING | 11,274.95 | 4.22% |
| SCAFFOLDING | 2,223.80 | 0.83% |
| SIDING | 4,634.65 | 1.74% |
| WATER EXTRACTION & REMEDIATION | 2,945.17 | 1.10% |
| O&P Items Subtotal | 217,271.08 | 81.41% |
| Material Sales Tax | 4,154.35 | 1.56% |
| Overhead | 22,142.73 | 8.30% |
| Profit | 22,142.73 | 8.30% |
| Service Sales Tax | 1,188.40 | 0.45% |
| Total | 266,899.29 | 100.00% |

National Flood Insurance Program (NFIP): FCN #70002024, Texas Department of Insurance: Property & Casualty Adjuster, Credential ID 1501694; South Carolina Department of Insurance: Property & Casualty Adjuster, Credential ID 8946252; The

 **Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

State of North Carolina Department of Insurance: Property & Casualty Adjuster, Credential ID  0008946252;  Illinois Department of Insurance: Property & Casualty Adjuster, Credential ID 8946252; State of Arizona: Property & Casualty Adjuster, Credential ID 17000070; The State of New Hampshire Insurance Department: Property & Casualty Adjuster, Credential ID 8946252; The State of Nebraska: Property & Casualty Adjuster, Credential ID 8946252; State of New Mexico, Staff Adjuster, Credential ID 228808; New Jersey State Department of Banking and Insurance: Property & Casualty Adjuster, Credential ID 1527137/1674448; Maryland Department of Commerce: Property & Casualty Adjuster, Credential ID 3000486689; West Virginia Department of Commerce, Property & Casualty Adjuster, Credential ID 8946252; Rhode Island Department of Business Regulation (DBR): Property & Casualty Adjuster, Credential ID 2299386; State of Vermont Department of Banking, Insurance, Securities & Health Care Administration, Property & Casualty Adjuster, Credential ID 634738; State of Connecticut: Casualty Adjuster-All Lines except WC; Louisiana Department of Insurance: Property & Casualty Adjuster, Credential ID 479347:  Florida Department of Financial Services: All Lines Adjuster, Credential ID P078975; Commonwealth of Kentucky Department of Insurance, Property & Casualty Adjuster, Credential ID 694245;  Certified Property Loss Appraiser (CPLA):  Certified Property Loss Umpire (CPLU); OSHA 30 Certified; Commonwealth of Kentucky Department of Insurance: Public Adjuster, License No. 694245/8946252, State of Tennessee Department of Commerce and Insurance: Public Adjuster, License No. 3001106026,  Infrared Training Center (ITC) Certified Infrared Thermographer-Level I, Credential ID 277335

Exterior - Main Level



Main Level

Exterior - Exterior



Screened in Porch (Deck)

Exterior

Page: 26

10/18/2022

Interior - Walk-Out Basement



Walk-Out Basement

Interior - Main Level



Main Level

Interior - Loft



Loft

# EXHIBIT C



**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

1    1-Front of Risk
     Date Taken: 9/23/2022



2    2-Front of Risk
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

3   3-Front of Risk
Date Taken: 9/23/2022



4   4-Location of Water Line
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

5    5-Location of Water Line
    Date Taken: 9/23/2022



6    6-Location of Water Line
    Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

7   7-Water Line Markings
    Date Taken: 9/23/2022



8   8-Water Line Markings
    Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

9   9-Water Line Markings
     Date Taken: 9/23/2022



10   10-Water Line-Cut-Off to Street
      Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

11   11-Water Line-Cut-Off to Street
     Date Taken: 9/23/2022



12   12-Water Line-Cut-Off to Street
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

13   13-Water Line-Cut-Off to Street
Date Taken: 9/23/2022

Cut-Off appx 11LF from street, 8LF
from T-Connection



14   14-Water Line-Cut-Off to Street
Date Taken: 9/23/2022

Cut-Off appx 11LF from street, 8LF
from T-Connection





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

15   15-Water Line to Cut-Off
     Date Taken: 9/23/2022

     Cut-Off appx 11LF from street, 8LF
     from T-Connection



16   16-Water Line to Cut-Off
     Date Taken: 9/23/2022

     Cut-Off appx 11LF from street, 8LF
     from T-Connection





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

17  17-Neighboring Property-(Right)
    Date Taken: 9/23/2022

    Markings identify Water Utility
    cut-off/junction



18  18-Neighboring Property-(Right)
    Date Taken: 9/23/2022

    Red Circles indicate water
    meters/cut-offs for adjacent properties





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

19   19-Neighboring Property-(Right)
    Date Taken: 9/23/2022



20   20-Neighboring Property-(Right)
    Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

21   21-Removed Water Line
       Date Taken: 9/23/2022



22   22-Removed Water Line
       Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

23   23-Removed Water Line
     Date Taken: 9/23/2022



24   24-Removed Water Line
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

25 25-Removed Water Line
Date Taken: 9/23/2022



26 26-Front of Elevation Overview
Date Taken: 9/23/2022



 **Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

27   27-Front Elevation Overview
Date Taken: 9/23/2022



28   28-Front/Lower Elevation
Overview
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

29   29-Front Upper Elevation
     Overview
     Date Taken: 9/23/2022



30   30-Front Elevation-Soffit-
     construction design
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

31   31-Front Lower Elevation
Overview
Date Taken: 9/23/2022



32   32-Front Lower Elevation-Slab
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

33   33-Front Lower Elevation-Slab
     Date Taken: 9/23/2022



34   34-Front Lower Elevation-Slab
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

35   35-Front Lower Elevation-Slab
     Date Taken: 9/23/2022



36   36-Front Lower Elevation-Slab
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

37    37-Front Lower Elevation-Slab
      Date Taken: 9/23/2022



38    38-Front Lower Elevation-Slab
      Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

39   39-Front Lower Elevation-Slab
Date Taken: 9/23/2022



40   40-Front Lower Elevation-Slab
Front
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

41  41-Front Lower Elevation-Field
Stone Column
Date Taken: 9/23/2022



42  42-Front Lower Elevation-Field
Stone Column
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

43    43-Front Lower Elevation-Field
      Stone Column
      Date Taken: 9/23/2022



44    44-Front Lower Elevation-Field
      Stone
      Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

45   45-Front Lower Elevation-Field
Stone
Date Taken: 9/23/2022



46   46-Front Lower Elevation-Field
Stone
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

47  47-Front Lower Elevation-Field
    Stone
    Date Taken: 9/23/2022



48  48-Front Lower Elevation-Field
    Stone
    Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

49   49-Front Lower Elevation-Field
     Stone
     Date Taken: 9/23/2022



50   50-Front Lower Elevation-Field
     Stone
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

51   51-Front Lower Elevation-Field
Stone
Date Taken: 9/23/2022



52   52-Front Lower Elevation-Field
Stone
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

53   53-Front/Left Elevation Slab
     Date Taken: 9/23/2022



54   54-Front Upper Elevation
     Overview
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

55   55-Front Upper Elevation
Date Taken: 9/23/2022



56   56-Front Upper Elevation-Landing
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

57  57-Front Upper Elevation-Floor
Covering
Date Taken: 9/23/2022



58  58-Right Elevation Overview
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

59   59-Right Elevation Overview
     Date Taken: 9/23/2022



60   60-Right Elevation-T1-11 Siding
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

61   61-Right Elevation-T1-11 Siding
     Date Taken: 9/23/2022



62   62-Right Elevation-Field Stone
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

63   63-Right Elevation-Field Stone
Date Taken: 9/23/2022



64   64-Right Elevation-Meter Reading

Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

65   65-Right Elevation-Field Stone
     Date Taken: 9/23/2022



66   66-Right Elevation-Field Stone
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

67   67-Right Elevation-Field Stone
     Separation
     Date Taken: 9/23/2022



68   68-Right Elevation-Field Stone
     Separation
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

69   69-Left Elevation Overview
     Date Taken: 9/23/2022



70   70-Left Elevation-Field Stone
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

71   71-Left Elevation-Field Stone
      Date Taken: 9/23/2022



72   72-Left Elevation-Field Stone-
      Chimney Separation
      Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

73   73-Left Elevation-Field Stone-
     Chimney Separation
     Date Taken: 9/23/2022



74   74-Left Elevation-Field Stone
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

75   75-Left Elevation-Field Stone
     Date Taken: 9/23/2022



76   76-Left Elevation-Field Stone
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

77   77-Left Elevation-Field Stone
Date Taken: 9/23/2022



78   78-Left Elevation-Field Stone
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

79   79-Left Elevation-Field Stone
     Date Taken: 9/23/2022



80   80-Left Elevation-Field Stone
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

81   81-Left Elevation-Field Stone-
Chimney Separation
Date Taken: 9/23/2022



82   82-Left Elevation-Field Stone-
Chimney Separation
Date Taken: 9/23/2022

Red circle focuses on area of prior
attachment. Fresh, unoxidized,
unpainted T1-11 siding behind
chimney. No signs of continuous or
long term movement.





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

83   83-Rear Elevation Overview
    Date Taken: 9/23/2022



84   84-Rear Elevation Overview
    Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

85   85-Rear Elevation-T1-11 Siding
Date Taken: 9/23/2022



86   86-Rear Elevation-T1-11 Siding
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

87   87-Rear Elevation-Field Stone
     Date Taken: 9/23/2022



88   88-Rear Elevation-Field Stone
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

89  89-Rear Elevation-Field Stone
Date Taken: 9/23/2022



90  90-Rear Elevation-T1-11 Siding
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

91  91-Walk-Out Basement Overview
Date Taken: 9/23/2022



92  92-Walk-Out Basement Overview
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

93   93-Walk-Out Basement dmg
Date Taken: 9/23/2022



94   94-Walk-Out Basement dmg
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

95   95-Laundry Room Overview
     Date Taken: 9/23/2022



96   96-Laundry Room Overview
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

97   97-Under-Staircase Closet
Date Taken: 9/23/2022



98   98-Laundry Room to Down
Bathroom
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

99  99-Laundry Room to Walk-Out
Basement
Date Taken: 9/23/2022



100  100-Walk-Out Basement-Slab
Fracture
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

101  101-Walk-Out Basement-Slab
Fracture
Date Taken: 9/23/2022



102  102-Walk-Out Basement-Slab
Fracture-Rear Wall
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

103  103-Laundry Room to Walk-Out
     Basement
     Date Taken: 9/23/2022



104  104-Laundry Room to Walk-Out
     Basement
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

105  105-Stairs to 2nd Floor
Date Taken: 9/23/2022



106  106-Kitchen dmg
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

107  107-Kitchen dmg
     Date Taken: 9/23/2022



108  108-Kitchen to Living Room
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

109   109-Kitchen to Living Room
      Date Taken: 9/23/2022



110   110-Living Room to Kitchen
      Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

111 111-Living Room Rear Wall
Date Taken: 9/23/2022



112 112-Living Room dmg
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

113  113-Kitchen dmg
     Date Taken: 9/23/2022



114  114-Kitchen dmg
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

115  115-Living Room to Hallway
     Date Taken: 9/23/2022



116  116-Living Room Overview
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

117  117-Living Room to Kitchen
      Date Taken: 9/23/2022



118  118-Hallway Overview
      Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

119 119-Hallway dmg
    Date Taken: 9/23/2022



120 120-Hallway to Bedroom 1
    Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

121  121-Hallway to Bedroom 1
Transition
Date Taken: 9/23/2022



122  122-Bedroom 1 Overview
Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

123  123-Bedroom 1 Overview
     Date Taken: 9/23/2022



124  124-Bedroom 2 Overview
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

125  125-Bedroom 2 Overview
     Date Taken: 9/23/2022



126  126-Bedroom 2 Overview
     Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

127  127-Hall Bathroom Overview
    Date Taken: 9/23/2022



128  128-Hall Bathroom-dmg
    Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

129   129-Bedroom 1 to Hall to
      Bedroom 2
      Date Taken: 9/23/2022



130   130-Loft Stairwell Overview
      Date Taken: 9/23/2022





**Davidson Claims Consultants**

Davidson Claims Consultants, LLC
1679 Shelby Oaks Drive N., Ste. 4
Memphis, TN 38134

133  133-Loft Overview
Date Taken: 9/23/2022



134  134-Loft Overview
Date Taken: 9/23/2022



# EXHIBIT D



Thermal Inspection Report:

Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



Davidson Claims Consultants, LLC
Zachary J. Davidson
ITC Certified Thermographer-Level-I
Date: September 26, 2022
Equipment:  FLIR E8xt, Tramex Moisture Encounter
Plus





**Nichols**
**416 Mockingbird Lane**
**Heber Springs, AR 72543**



81.5 °F

74.2 °F

FLIR0727.jpg



639054284

| Parameters | | | Measurements | | | Camera information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 78.0 °F | | Camera model | FLIR E8xt WiFi |
| Distance | 10.78 ft | | Sp2 | 77.6 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 78.6 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 78.1 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 77.3 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |





Notes:

639054284          0.95          0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0729.jpg



639054284

| Parameters | | Measurements | | Camera information | |
|---|---|---|---|---|---|
| Emissivity | 0.95 | Sp1 | 78.1 °F | Camera model | FLIR EBxt Wifi |
| Distance | 10.78 ft | Sp2 | 79.3 °F | Lens | FOL7 |
| Reflected temp. | 68.0 °F | Li1 | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | Max | 78.3 °F | Filter | |
| Relative humidity | 50.0% | Avg | 78.0 °F | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | Min | 77.7 °F | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | Field of view | 44.98 |



Notes:

639054284          0.95          1



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0731.jpg



639054284

| Parameters | |
|---|---|
| Emissivity | 0.95 |
| Distance | 10.78 ft |
| Reflected temp. | 68.0 °F |
| Atmospheric temp. | 68.0 °F |
| Relative humidity | 50.0% |
| Ext. optics temp. | 68.0 °F |
| Ext. optics trans. | 1.00 |

| Measurements | |
|---|---|
| Sp1 | 78.1 °F |
| Sp2 | 77.3 °F |
| LI1 | |
| Max | 78.3 °F |
| Avg | 77.5 °F |
| Min | 76.8 °F |

| Camera information | |
|---|---|
| Camera model | FLIR E8xt Wifi |
| Lens | FOL7 |
| Camera serial | 639054284 |
| Filter | |
| Range max. | 482.0 °F |
| Range min. | -4.0 °F |
| Field of view | 44.98 |



Notes:

639054284          0.95          1



**Nichols**
**416 Mockingbird Lane**
**Heber Springs, AR 72543**



FLIR0733.jpg



639054284

| Parameters | |
| --- | --- |
| Emissivity | 0.95 |
| Distance | 10.78 ft |
| Reflected temp. | 68.0 °F |
| Atmospheric temp. | 68.0 °F |
| Relative humidity | 50.0% |
| Ext. optics temp. | 68.0 °F |
| Ext. optics trans. | 1.00 |

| Measurements | |
| --- | --- |
| Sp1 | 76.8 °F |
| Sp2 | 77.7 °F |
| Li1 | |
| Max | 78.0 °F |
| Avg | 77.1 °F |
| Min | 76.1 °F |

| Camera information | |
| --- | --- |
| Camera model | FLIR E8xt Wifi |
| Lens | FOL7 |
| Camera serial | 639054284 |
| Filter | |
| Range max. | 482.0 °F |
| Range min. | -4.0 °F |
| Field of view | 44.98 |





Notes:

639054284          0.95          1



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0735.jpg



639054284

| Parameters | |
|---|---|
| Emissivity | 0.95 |
| Distance | 10.78 ft |
| Reflected temp. | 68.0 °F |
| Atmospheric temp. | 68.0 °F |
| Relative humidity | 50.0% |
| Ext. optics temp. | 68.0 °F |
| Ext. optics trans. | 1.00 |

| Measurements | |
|---|---|
| Sp1 | 77.0 °F |
| Sp2 | 77.3 °F |
| LI1 | |
| Max | 78.7 °F |
| Avg | 77.0 °F |
| Min | 76.3 °F |

| Camera Information | |
|---|---|
| Camera model | FLIR E8xt Wifi |
| Lens | FOL7 |
| Camera serial | 639054284 |
| Filter | |
| Range max. | 482.0 °F |
| Range min. | -4.0 °F |
| Field of view | 44.98 |





Notes:

639054284          0.95          0



**Nichols**
**416 Mockingbird Lane**
**Heber Springs, AR 72543**



FLIR0737.jpg



639054284

| Parameters | | Measurements | | Camera information | |
|---|---|---|---|---|---|
| Emissivity | 0.95 | Sp1 | 83.2 °F | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | Sp2 | 81.3 °F | Lens | FOL7 |
| Reflected temp. | 68.0 °F | Li1 | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | Max | 87.0 °F | Filter | |
| Relative humidity | 50.0% | Avg | 81.7 °F | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | Min | 81.1 °F | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | Field of view | 44.98 |



Notes:

639054284          0.95          2



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0739.jpg



639054284

### Parameters

| | |
|---|---|
| Emissivity | 0.95 |
| Distance | 10.78 ft |
| Reflected temp. | 68.0 °F |
| Atmospheric temp. | 68.0 °F |
| Relative humidity | 50.0% |
| Ext. optics temp. | 68.0 °F |
| Ext. optics trans. | 1.00 |

### Measurements

| | |
|---|---|
| Sp1 | 80.9 °F |
| Sp2 | 80.7 °F |
| Li1 | |
| Max | 81.4 °F |
| Avg | 80.9 °F |
| Min | 79.5 °F |

### Camera information

| | |
|---|---|
| Camera model | FLIR E8xt Wifi |
| Lens | FOL7 |
| Camera serial | 639054284 |
| Filter | |
| Range max. | 482.0 °F |
| Range min. | -4.0 °F |
| Field of view | 44.98 |



Notes:

639054284        0.95        0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0741.jpg



639054284

| Parameters | | Measurements | | Camera information | |
|---|---|---|---|---|---|
| Emissivity | 0.95 | Sp1 | 80.8 °F | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | Sp2 | 81.7 °F | Lens | FOL7 |
| Reflected temp. | 68.0 °F | Li1 | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | Max | 91.2 °F | Filter | |
| Relative humidity | 50.0% | Avg | 83.6 °F | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | Min | 80.9 °F | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | Field of view | 44.98 |





Notes:

639054284          0.95          1



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0743.jpg



639054284

### Parameters

| | |
|---|---|
| Emissivity | 0.95 |
| Distance | 10.78 ft |
| Reflected temp. | 68.0 °F |
| Atmospheric temp. | 68.0 °F |
| Relative humidity | 50.0% |
| Ext. optics temp. | 68.0 °F |
| Ext. optics trans. | 1.00 |

### Measurements

| | |
|---|---|
| Sp1 | 79.8 °F |
| Sp2 | 78.7 °F |
| Li1 | |
| Max | 82.4 °F |
| Avg | 79.7 °F |
| Min | 78.9 °F |

### Camera information

| | |
|---|---|
| Camera model | FLIR E8xt Wifi |
| Lens | FOL7 |
| Camera serial | 639054284 |
| Filter | |
| Range max. | 482.0 °F |
| Range min. | -4.0 °F |
| Field of view | 44.98 |



Notes:

639054284          0.95          1



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0745.jpg



639054284

| Parameters | | Measurements | | Camera information | |
|---|---|---|---|---|---|
| Emissivity | 0.95 | Sp1 | 78.8 °F | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | Sp2 | 78.3 °F | Lens | FOL7 |
| Reflected temp. | 68.0 °F | Li1 | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | Max | 78.8 °F | Filter | |
| Relative humidity | 50.0% | Avg | 78.5 °F | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | Min | 78.3 °F | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | Field of view | 44.98 |





Notes:

639054284        0.95        0



**Nichols**
**416 Mockingbird Lane**
**Heber Springs, AR 72543**



FLIR0747.jpg



639054284

| Parameters | | | Measurements | | | Camera information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 76.9 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 77.0 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 77.5 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 77.0 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 76.4 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |





Notes:

639054284          0.95          0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0749.jpg



639054284

| Parameters | | | Measurements | | | Camera information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 84.6 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 86.1 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 88.6 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 85.5 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 84.0 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |



Notes:

639054284          0.95          1



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543

87.8 °F



80.5 °F

FLIR0751.jpg



639054284

| Parameters | | | Measurements | | | Camera Information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 84.3 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 83.8 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 84.2 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 83.8 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 83.0 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |





Notes:

639054284          0.95          1



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



87.7 °F

80.4 °F

FLIR0753.jpg



639054284

| Parameters | | | Measurements | | | Camera information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 83.8 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 84.1 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 84.2 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 83.6 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 82.6 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |



Profile

Histogram



Notes:

639054284          0.95          0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0755.jpg



639054284

| Parameters | | Measurements | | Camera information | |
|---|---|---|---|---|---|
| Emissivity | 0.95 | Sp1 | 81.6 °F | Camera model | FLIR E&xt Wifi |
| Distance | 10.78 ft | Sp2 | 82.0 °F | Lens | FOL7 |
| Reflected temp. | 68.0 °F | Li1 | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | Max | 82.3 °F | Filter | |
| Relative humidity | 50.0% | Avg | 81.0 °F | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | Min | 80.1 °F | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | Field of view | 44.98 |





Notes:

639054284          0.95          0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543





86.1 °F

78.8 °F

FLIR0757.jpg

639054284

| Parameters | |
|---|---|
| Emissivity | 0.95 |
| Distance | 10.78 ft |
| Reflected temp. | 68.0 °F |
| Atmospheric temp. | 68.0 °F |
| Relative humidity | 50.0% |
| Ext. optics temp. | 68.0 °F |
| Ext. optics trans. | 1.00 |

| Measurements | |
|---|---|
| Sp1 | 82.4 °F |
| Sp2 | 82.1 °F |
| Li1 | |
| Max | 82.8 °F |
| Avg | 82.1 °F |
| Min | 81.7 °F |

| Camera information | |
|---|---|
| Camera model | FLIR E8xt Wifi |
| Lens | FOL7 |
| Camera serial | 639054284 |
| Filter | |
| Range max. | 482.0 °F |
| Range min. | -4.0 °F |
| Field of view | 44.98 |



Notes:

639054284        0.95        0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543

85.2 °F





77.9 °F

FLIR0759.jpg                    639054284

| Parameters | | | Measurements | | | Camera Information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 81.4 °F | | Camera model | FLIR E8xt WiFi |
| Distance | 10.78 ft | | Sp2 | 80.6 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 81.3 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 81.1 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 80.6 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |



Notes:

639054284          0.95          1



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0761.jpg



639054284

| Parameters | |
|---|---|
| Emissivity | 0.95 |
| Distance | 10.78 ft |
| Reflected temp. | 68.0 °F |
| Atmospheric temp. | 68.0 °F |
| Relative humidity | 50.0% |
| Ext. optics temp. | 68.0 °F |
| Ext. optics trans. | 1.00 |

| Measurements | |
|---|---|
| Sp1 | 85.0 °F |
| Sp2 | 83.6 °F |
| Li1 | |
| Max | 84.4 °F |
| Avg | 83.7 °F |
| Min | 83.3 °F |

| Camera information | |
|---|---|
| Camera model | FLIR E8xt WiFi |
| Lens | FOL7 |
| Camera serial | 639054284 |
| Filter | |
| Range max. | 482.0 °F |
| Range min. | -4.0 °F |
| Field of view | 44.98 |





Notes:

639054284          0.95          1



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



84.9 °F

77.7 °F

FLIR0763.jpg



639054284

| Parameters | | | Measurements | | | Camera information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 82.6 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 80.9 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 82.5 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 81.1 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 79.9 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |



Notes:

639054284          0.95          2



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0765.jpg



639054284

| Parameters | | | Measurements | | | Camera information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 81.1 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 80.4 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 81.0 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 80.8 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 80.5 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |



Notes:

639054284          0.95          1



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0767.jpg



639054284

| Parameters | | | Measurements | | | Camera information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 83.1 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 83.1 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Ll1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 83.8 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 83.4 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 82.9 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |



Notes:

639054284   .   0.95   0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0769.jpg



639054284

| Parameters | |
|---|---|
| Emissivity | 0.95 |
| Distance | 10.78 ft |
| Reflected temp. | 68.0 °F |
| Atmospheric temp. | 68.0 °F |
| Relative humidity | 50.0% |
| Ext. optics temp. | 68.0 °F |
| Ext. optics trans. | 1.00 |

| Measurements | |
|---|---|
| Sp1 | 84.1 °F |
| Sp2 | 84.0 °F |
| Li1 | |
| Max | 85.1 °F |
| Avg | 84.2 °F |
| Min | 83.3 °F |

| Camera information | |
|---|---|
| Camera model | FLIR E8xt Wifi |
| Lens | FOL7 |
| Camera serial | 639054284 |
| Filter | |
| Range max. | 482.0 °F |
| Range min. | -4.0 °F |
| Field of view | 44.98 |

**Profile**

**Histogram**

Li1

Notes:

639054284          0.95          0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543





FLIR0771.jpg

639054284

## Parameters

| | |
|---|---|
| Emissivity | 0.95 |
| Distance | 10.78 ft |
| Reflected temp. | 68.0 °F |
| Atmospheric temp. | 68.0 °F |
| Relative humidity | 50.0% |
| Ext. optics temp. | 68.0 °F |
| Ext. optics trans. | 1.00 |

## Measurements

| | |
|---|---|
| Sp1 | 83.8 °F |
| Sp2 | 81.4 °F |
| Li1 | |
| Max | 83.3 °F |
| Avg | 82.4 °F |
| Min | 81.2 °F |

## Camera information

| | |
|---|---|
| Camera model | FLIR E8xt Wifi |
| Lens | FOL7 |
| Camera serial | 639054284 |
| Filter | |
| Range max. | 482.0 °F |
| Range min. | -4.0 °F |
| Field of view | 44.98 |





Notes:

639054284          0.95          2



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0773.jpg



639054284

| Parameters | | | Measurements | | | Camera information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 81.1 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 81.3 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 82.2 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 81.2 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 80.7 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |





Notes:

639054284          0.95          0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0775.jpg



639054284

| Parameters | | | Measurements | | | Camera information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 82.0 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 82.5 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 82.7 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 82.3 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 81.4 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |





Notes:

639054284          0.95          0



**Nichols**
**416 Mockingbird Lane**
**Heber Springs, AR 72543**



FLIR0777.jpg



639054284

| Parameters | | | Measurements | | | Camera Information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 85.3 °F | | Camera model | FLIR E8xt WiFi |
| Distance | 10.78 ft | | Sp2 | 84.2 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 86.8 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 84.9 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 83.6 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |



Notes:

639054284          0.95          1



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0779.jpg



639054284

| Parameters | | | Measurements | | | Camera information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 80.8 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 80.7 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 81.2 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 80.5 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 79.9 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |





Notes:

639054284        0.95        0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0781.jpg



639054284

| Parameters | |
|---|---|
| Emissivity | 0.95 |
| Distance | 10.78 ft |
| Reflected temp. | 68.0 °F |
| Atmospheric temp. | 68.0 °F |
| Relative humidity | 50.0% |
| Ext. optics temp. | 68.0 °F |
| Ext. optics trans. | 1.00 |

| Measurements | |
|---|---|
| Sp1 | 81.0 °F |
| Sp2 | 79.1 °F |
| Li1 | |
| Max | 80.5 °F |
| Avg | 79.0 °F |
| Min | 77.5 °F |

| Camera information | |
|---|---|
| Camera model | FLIR E8xt Wifi |
| Lens | FOL7 |
| Camera serial | 639054284 |
| Filter | |
| Range max. | 482.0 °F |
| Range min. | -4.0 °F |
| Field of view | 44.98 |





Notes:

639054284          0.95          2



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0783.jpg



639054284

## Parameters

| Emissivity | 0.95 |
|---|---|
| Distance | 10.78 ft |
| Reflected temp. | 68.0 °F |
| Atmospheric temp. | 68.0 °F |
| Relative humidity | 50.0% |
| Ext. optics temp. | 68.0 °F |
| Ext. optics trans. | 1.00 |

## Measurements

| Sp1 | 82.8 °F |
|---|---|
| Sp2 | 82.9 °F |
| Li1 | |
| Max | 83.4 °F |
| Avg | 82.4 °F |
| Min | 81.9 °F |

## Camera information

| Camera model | FLIR E8xt Wifi |
|---|---|
| Lens | FOL7 |
| Camera serial | 639054284 |
| Filter | |
| Range max. | 482.0 °F |
| Range min. | -4.0 °F |
| Field of view | 44.98 |



Notes:

639054284          0.95          0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



87.0 °F

79.7 °F

FLIR0785.jpg



639054284

**Parameters**

| | |
|---|---|
| Emissivity | 0.95 |
| Distance | 10.78 ft |
| Reflected temp. | 68.0 °F |
| Atmospheric temp. | 68.0 °F |
| Relative humidity | 50.0% |
| Ext. optics temp. | 68.0 °F |
| Ext. optics trans. | 1.00 |

**Measurements**

| | |
|---|---|
| Sp1 | 82.7 °F |
| Sp2 | 83.2 °F |
| Li1 | |
| Max | 83.4 °F |
| Avg | 83.1 °F |
| Min | 82.6 °F |

**Camera information**

| | |
|---|---|
| Camera model | FLIR E8xt Wifi |
| Lens | FOL7 |
| Camera serial | 639054284 |
| Filter | |
| Range max. | 482.0 °F |
| Range min. | -4.0 °F |
| Field of view | 44.98 |





Notes:

639054284          0.95          0



**Nichols**
**416 Mockingbird Lane**
**Heber Springs, AR 72543**



FLIR0787.jpg



639054284

| Parameters | | | Measurements | | | Camera information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 80.7 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 80.8 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 82.4 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 81.0 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 80.5 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |





Notes:

639054284          0.95          0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0789.jpg



639054284

### Parameters

| Emissivity | 0.95 |
|---|---|
| Distance | 10.78 ft |
| Reflected temp. | 68.0 °F |
| Atmospheric temp. | 68.0 °F |
| Relative humidity | 50.0% |
| Ext. optics temp. | 68.0 °F |
| Ext. optics trans. | 1.00 |

### Measurements

| Sp1 | 80.7 °F |
|---|---|
| Sp2 | 80.8 °F |
| Li1 | |
| Max | 82.1 °F |
| Avg | 81.2 °F |
| Min | 80.5 °F |

### Camera Information

| Camera model | FLIR E8xt Wifi |
|---|---|
| Lens | FOL7 |
| Camera serial | 639054284 |
| Filter | |
| Range max. | 482.0 °F |
| Range min. | -4.0 °F |
| Field of view | 44.98 |





Notes:

639054284          0.95          0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIR0791.jpg



639054284

## Parameters

| | |
|---|---|
| Emissivity | 0.95 |
| Distance | 10.78 ft |
| Reflected temp. | 68.0 °F |
| Atmospheric temp. | 68.0 °F |
| Relative humidity | 50.0% |
| Ext. optics temp. | 68.0 °F |
| Ext. optics trans. | 1.00 |

## Measurements

| | |
|---|---|
| Sp1 | 79.8 °F |
| Sp2 | 79.3 °F |
| Li1 | |
| Max | 80.0 °F |
| Avg | 79.5 °F |
| Min | 79.2 °F |

## Camera information

| | |
|---|---|
| Camera model | FLIR E8xt Wifi |
| Lens | FOL7 |
| Camera serial | 639054284 |
| Filter | |
| Range max. | 482.0 °F |
| Range min. | -4.0 °F |
| Field of view | 44.98 |



Notes:

639054284          0.95          0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



81.5 °F

74.1 °F

FLIR0793.jpg



639054284

| Parameters | | | Measurements | | | Camera information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 78.1 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 78.0 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 78.2 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 77.9 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 77.2 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |



Notes:

639054284          0.95          0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



81.4 °F

74.0 °F

FLIR0795.jpg



639054284

| Parameters | |
|---|---|
| Emissivity | 0.95 |
| Distance | 10.78 ft |
| Reflected temp. | 68.0 °F |
| Atmospheric temp. | 68.0 °F |
| Relative humidity | 50.0% |
| Ext. optics temp. | 68.0 °F |
| Ext. optics trans. | 1.00 |

| Measurements | |
|---|---|
| Sp1 | 77.8 °F |
| Sp2 | 77.8 °F |
| Li1 | |
| Max | 78.0 °F |
| Avg | 77.7 °F |
| Min | 77.0 °F |

| Camera information | |
|---|---|
| Camera model | FLIR E8xt Wifi |
| Lens | FOL7 |
| Camera serial | 639054284 |
| Filter | |
| Range max. | 482.0 °F |
| Range min. | -4.0 °F |
| Field of view | 44.98 |



| °F | Profile |
|---|---|
| 78.0 | |
| 77.8 | Li 77.8 |
| 77.6 | |
| 77.5 | |
| 77.3 | |
| 77.1 | |

0   20   40   60   80   100   120   140   px

n

2400

1800

Li1   1200

600

0

Histogram

76.8   77.2   77.6   78.0   78.4   °F



Notes:

639054284          0.95          0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



FLIRO797.jpg



639054284

| Parameters | |
|---|---|
| Emissivity | 0.95 |
| Distance | 10.78 ft |
| Reflected temp. | 68.0 °F |
| Atmospheric temp. | 68.0 °F |
| Relative humidity . | 50.0% |
| Ext. optics temp. | 68.0 °F |
| Ext. optics trans. | 1.00 |

| Measurements | |
|---|---|
| Sp1 | 77.7 °F |
| Sp2 | 77.6 °F |
| Li1 | |
| Max | 77.8 °F |
| Avg | 77.5 °F |
| Min | 76.9 °F |

| Camera Information | |
|---|---|
| Camera model | FLIR E8xt Wifi |
| Lens | FOL7 |
| Camera serial | 639054284 |
| Filter | |
| Range max. | 482.0 °F |
| Range min. | -4.0 °F |
| Field of view | 44.98 |



Notes:

639054284          0.95          0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



82.4 °F

75.2 °F

FLIR0799.jpg

639054284

| Parameters | | | Measurements | | | Camera information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 78.5 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 78.5 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 79.2 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 78.6 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 78.1 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |



Profile

Histogram

Notes:

639054284        0.95        0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543





FLIR0801.jpg



639054284

| Parameters | | | Measurements | | | Camera information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 79.9 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 79.5 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 80.2 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 79.7 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 79.4 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |



Notes:

639054284          0.95          0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543





FLIR0803.jpg                                    639054284

| Parameters | | | Measurements | | | Camera information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 78.5 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 78.0 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 79.2 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 78.7 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 78.2 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |





Notes:

639054284          0.95          0



Nichols
416 Mockingbird Lane
Heber Springs, AR 72543



80.7 °F

73.4 °F

FLIR0805.jpg



639054284

| Parameters | | | Measurements | | | Camera Information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 76.9 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 77.3 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 77.3 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 77.0 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 76.7 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |



Profile

Histogram



Notes:

639054284          0.95          0



**Nichols**
**416 Mockingbird Lane**
**Heber Springs, AR 72543**



FLIR0807.jpg



639054284

| Parameters | | | Measurements | | | Camera information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 77.3 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 78.3 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 78.5 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 78.1 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 77.6 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |



Notes:

639054284        0.95        1




Nichols
416 Mockingbird Lane
Heber Springs, AR 72543,




FLIR0809.jpg

639054284

| Parameters | | | Measurements | | | Camera information | |
|---|---|---|---|---|---|---|---|
| Emissivity | 0.95 | | Sp1 | 78.9 °F | | Camera model | FLIR E8xt Wifi |
| Distance | 10.78 ft | | Sp2 | 80.7 °F | | Lens | FOL7 |
| Reflected temp. | 68.0 °F | | Li1 | | | Camera serial | 639054284 |
| Atmospheric temp. | 68.0 °F | | Max | 81.4 °F | | Filter | |
| Relative humidity | 50.0% | | Avg | 80.0 °F | | Range max. | 482.0 °F |
| Ext. optics temp. | 68.0 °F | | Min | 78.6 °F | | Range min. | -4.0 °F |
| Ext. optics trans. | 1.00 | | | | | Field of view | 44.98 |




Notes:

639054284          0.95          2



NEOPOST
03/07/2023
US POSTAGE $010.05º

ZIP 38119
041A11273286

# FIRST CLASS MAIL

## GLANKLER BROWN.

ATTORNEYS

6000 Poplar Avenue, Suite 400, Memphis, Tennessee 38119

Liberty Mutual Insurance
Registered Agent, Corporation Service Company
300 Spring Bld. Ste. 900
300 S. Springs Street
Little Rock, AR  72201

resolved.period.



