IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRI NICHOLS**                                                                                                    **PLAINTIFF**

**VS.**                                           **4:23-CV-00492-JM**

**LM INSURANCE COMPANY**                                                                      **DEFENDANT**

## ORDER

Plaintiff has filed a motion to dismiss this action pursuant to Fed. R. Civ. P. 41(a). (Doc. No. 28). Defendant has advised the Court that it does not object and is not seeking costs.

Therefore, this case is dismissed without prejudice, with each party to bear its own costs.

IT IS SO ORDERED this 29th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE